RECEIVED
JUN 24 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO.: 2:05CV604-M |
| CITY OF EUFAULA, ALABAMA | * A TRIAL BY JURY |
| | * IS REQUESTED |
| DEFENDANT. | * |

## COMPLAINT

**I.  INTRODUCTION**

1. This is an action for declaratory judgment, equitable relief, and money damages, instituted to secure the protection of and to redress the deprivation of rights secured through the Civil Rights Act of 1866, as amended by Section 101 of the Civil Rights Act of 1991, and codified as 42 U.S.C. Section 1981, and 42 U.S.C. Section 1983, which provide for relief from racial discrimination in employment.

**II.  JURISDICTION**

2. Jurisdiction of this Court in invoked pursuant to 28 U.S.C. Sections 1331, 1343(4); 28 U.S.C. Sections 2201 and 2202.

3. The unlawful employment practices alleged herein below were committed by the Defendant within Barbour County, Alabama. Venue is proper under 28 U.S.C. Section 1391(b).

MALCOLM R. NEWMAN
ATTORNEY AT LAW
P.O. Box 6137
Dothan, AL 36302-6137

### III. STATEMENT OF ALLEGATIONS

4. Plaintiff is a black male and resident of the Middle District of Alabama living in Barbour County and over the age of 19 years;

5. Plaintiff is a certified police officer and in November 2004 applied for a job with the Defendant's Police Department;

6. Plaintiff was told by Captain Bobby Gilbert of the Defendant's Police Department that 10 to 12 positions were open;

7. That after an extended period of time and no job offer was extended, Plaintiff made inquiry to the Defendant;

8. That Plaintiff discovered that several white males were hired as police officers and all were less qualified than Plaintiff;

9. That the Defendant historically and consistently fails to recruit, hire, train or promote African-Americans for municipal positions in all departments.

### V. CLAIMS FOR RELIEF

11. Plaintiff requests that the Defendant be ordered to permanently cease and desist from all race discrimination in employment for municipal jobs;

12. Plaintiff claims that the Defendant's conduct has caused him pain, humiliation, suffering and financial loss for which he seeks compensatory damages of $1,000,000.00 (one million dollars);

13. Plaintiff seeks punitive damages of $500,000.00 (five hundred thousand dollars) from this Defendant in that it knew or should have known that its actions

MALCOLM R. NEWMAN
ATTORNEY, P.C.
P.O. Box 6137
Dothan, AL 36302-6137

were violations of long standing law and purposefully pursued this unlawful course.

14. Any and all other relief, including attorney's fees and costs to which he may be entitled.

Malcolm R. Newman, Attorney, P.C.

*/s/ Malcolm R. N*

Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M
