AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

AARON GRUBBS

V.

CITY OF EUFAULA, ALABAMA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV604-M

TO: (Name and address of Defendant)

City of Eufaula
P.O. Box 219
Eufaula, Alabama 36027-0219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
Malcolm R. Newman, Esq.
P.O. Box 6137
Dothan, ALabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_   6/30/05
CLERK                DATE

(By) DEPUTY CLERK