IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv604-M |
| CITY OF EUFAULA, ALABAMA, | ) |
| Defendant. | ) |

# ORDER

On 19 July 2005, the defendant filed a Motion to Strike (Doc. #5). Upon consideration of the defendant's motion, and in view of the prohibition upon an award of punitive damages against municipalities, it is

ORDERED that on or before 1 August 2005, the plaintiff shall show cause in writing why the motion should not be granted.

DONE this 20th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE