IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV604-M |
| ) | |
| CITY OF EUFAULA, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

For good cause, and for the reasons stated in the motion, it is

ORDERED that the defendant's Motion To Strike Claim For Punitive Damages, filed on 19 July 2005 (Doc. # 5), is GRANTED. The demand for punitive damages against the Town of Louisville, Alabama is hereby STRICKEN. **Barnes v. Gorman**, 536 U.S. 181, 191 (2002), *citing* **Newport v. Fact Concerts, Inc.,** 453 U.S. 247 (1981).

By order dated 20 July 2005, the court directed the plaintiff to show cause by 1 August 2005 why the motion should not be granted (Doc. # 6). The court has construed the plaintiff's failure to respond as acquiescence to the premise of the motion.

DONE this 2nd day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE