**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

August 5, 2005

## NOTICE OF REASSIGNMENT

Re:   Aaron Grubbs v. City of Eufaula, AL
      Civil Action No.2:05cv604-M

The above-styled case has been reassigned to District Judge Mark E. Fuller

Please note that the case number is now 2:05cv604-F.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk