IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AARON GRUBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 2:05-cv-604 |
| | ) | |
| CITY OF EUFAULA, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO AMEND ANSWER

Defendant the City of Eufaula, Alabama, makes a motion for leave to amend its answer. The proposed First Amended Answer is attached as Exhibit A. The deadline to amend pleadings has not expired.

/s/ James H. Pike
James H. Pike (PIK003)
Attorney for Defendant
City of Eufaula, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, AL  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: **jpike@cobb-shealy.com**

1

2

## **CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on November 21, 2005, I electronically served a copy of the foregoing document on:

Malcolm R. Newman
P.O. Box 6137
Dothan, AL  36302-6137

                                       **/s/ James H. Pike**
                                       James H. Pike