IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO.: 2:05-cv-604-F |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| | ) |
|    DEFENDANT. | ) |

## **ORDER**

This cause is before the Court on the Motion for Leave to Amend Answer (Doc. # 12) filed on November 21, 2005.  It is hereby ORDERED that the motion is GRANTED and defendant is DIRECTED to file the amended answer by no later than November 28, 2005.

DONE this the 22nd day of November, 2005.

                                                        /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE