IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:05-cv-604-WKW |
| | ) |
| THE CITY OF EUFAULA, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR SUMMARY JUDGMENT**

Defendant the City of Eufaula, Alabama, makes a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. This motion is based upon the memorandum and supporting evidence filed contemporaneously.

/s/ James H. Pike
James H. Pike (PIK003)
Attorney for Defendant
The City of Eufaula, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, AL  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: **jpike@cobb-shealy.com**

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on March 23, 2006, I electronically served a copy of the foregoing document on:

Malcolm R. Newman
P.O. Box 6137
Dothan, AL  36302-6137

**/s/ James H. Pike**
James H. Pike
