# GRUBBS I

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

AARON GRUBBS,                    )
    Plaintiff,               )
Vs.                              ) CIVIL ACTION NO.:
TOWN OF LOUISVILLE, ALABAMA,     ) 2:04-cv-1025-F
et al.,                          )
    Defendants.              )

COPY

The video deposition of AARON GRUBBS taken pursuant to the Federal Rules of Civil Procedure before Karen D. Strickland, Court Reporter and Notary Public, State at Large, at the law offices of Cobb, Shealy, Crum & Derrick, 206 North Lena Street, Dothan, Alabama, on the 24th day of May, 2005, commencing at approximately 9:00 a.m.



41

1   Q.   Do you claim that you were victimized
2   all those different times?
3   A.   Yes, sir, I do.
4   Q.   Do you know anybody else that's ever
5   been victimized that often in their life?
6   A.   Well, that's not my -- I have no
7   reason to go around asking other peoples about
8   their business.
9   Q.   Have you ever been convicted of a
10  crime?
11  A.   Yes, sir.
12  Q.   What crime have you been convicted of?
13  A.   I wrote some checks years ago.  Never
14  tried to hide it.
15  Q.   I believe you disclosed in your POST
16  application some cases --
17
18              MR. PIKE:  And let me mark this
19         as Defendant's Exhibit 5.
20
21         (Whereupon, Defendant's Exhibit 5
22         was marked for identification and
23         same is attached hereto.)
24
25  Q.   Is Defendant's Exhibit 5 a copy of the

42

1  application you submitted to the Alabama Peace
2  Officers' Standards and Training Commission in
3  2003?
4       A.   Yes, sir.  This is correct.  This is
5  it.
6       Q.   On page 2 of that application, did you
7  list all your criminal arrests and convictions?
8       A.   I listed everything that I could find
9  that -- when the report was pulled up, the
10 criminal -- when they done a criminal background
11 check.
12      Q.   What do you mean by that?
13      A.   I list what was on the criminal
14 background check.
15      Q.   Were there others that weren't on the
16 criminal background check?
17      A.   I don't know.  It possibly could have
18 been.  It's been so long I couldn't remember.  I
19 written a letter to POST and told them about the
20 checks that I've had, and they approved my
21 application to go on to the police academy.
22      Q.   You said there possibly could have
23 been others.  What do you mean by that?
24      A.   Well, I don't know.  I can't remember
25 everything that have happened in my life.  I

# STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
### LAW ENFORCEMENT ACADEMY APPLICATION

DEPARTMENT: Louisville   TELEPHONE: (334) 266-5210

ADDRESS: 1951 MAIN ST   125   Louisville AL.   BRBOUR   36048
STREET   PO BOX   CITY   COUNTY   ZIP

AGENCY HEAD: Chief JACK B. FROST JR   TELEPHONE: (334) 266-5210

AGENCY CONTACT PERSON: Chief JACK B. Frost JR   TELEPHONE: (334) 266-5210

AS THE CHIEF LAW ENFORCEMENT OFFICER OF THE ABOVE-NAMED LAW ENFORCEMENT AGENCY, I HEREBY MAKE APPLICATION TO THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

FOR   Aaron   J.   Grubbs
NAME OF APPLICANT

TO ATTEND A CERTIFIED LAW ENFORCEMENT ACADEMY. THE APPLICANT HEREIN NAMED HAS BEEN RECRUITED PURSUANT TO ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION REGULATIONS. I CERTIFY THAT THE APPLICANT IS:

(X) EMPLOYED AS A FULL-TIME LAW ENFORCEMENT OFFICER,
( ) GAINFULLY EMPLOYED AS A PART-TIME LAW ENFORCEMENT OFFICER,   OCT 1 6 2003
( ) A RESERVE/VOLUNTEER FOR THIS AGENCY.

I REQUEST THAT THE APPLICANT ATTEND THE   OZARK? OR MONTGOMERY
ACADEMY.

SIGNED   [signature]
CHIEF LAW ENFORCEMENT OFFICER

DATE: 9-11-03

**APOSTC USE ONLY**

REMARKS:

Montg PA 3-29-04 6-21-04
FPA 3-30-04

Defendant's Exhibit 5

CERTIFICATION #: _____

POST-1 (Rev 7/98)

# STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT ACADEMY APPLICATION

### Personal

| LAST NAME | FIRST NAME | MIDDLE NAME | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Grubbs | Aaron | Jr. | 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 |

OTHER NAMES (INCLUDING NICKNAMES), ALIASES AND MAIDEN NAMES YOU HAVE USED OR BEEN KNOWN BY
None

RESIDENCE ADDRESS IF DIFFERENT FROM MAILING ADDRESS

| STREET NUMBER | | MAILING ADDRESS |
|---|---|---|
| | | STREET OR POST OFFICE BOX NUMBER: 50. Co. Rd. 75 |
| CITY | | CITY: Eufaula |
| STATE | ZIP CODE | STATE: Ala.   ZIP CODE: 36027 |

| AREA CODE | HOME TELEPHONE NUMBER | AREA CODE | BUSINESS PHONE NUMBER |
|---|---|---|---|
| 334 | 616-6034 | 334 | 775-3453 |

| BIRTHDATE: MONTH DAY YEAR | RACE | SEX | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|
| 02 23 63 | B | M | 240 | 6-00 | BLK | BRO |

PLACE OF BIRTH: CITY/COUNTY/STATE: (Henry) Abbeville Henry Ala.      CITIZENSHIP:

### Education

| HIGH SCHOOL GRADUATE: [X] YES [ ] NO | YEAR GRADUATED: 1982 | SCHOOL: Clayton High | CITY: Clayton | STATE: Ala. |
|---|---|---|---|---|

GED CERTIFICATE: [ ] YES [ ] NO   YEAR:   RECEIVED GED FROM:

COLLEGE ATTENDED: Wallace Community - Did not Graduate - 3 mth   YEARS   DEGREE

### Military Service

| SELECTIVE SERVICE NUMBER | HAVE YOU EVER SERVED IN THE ARMED FORCES, NATIONAL GUARD OR MILITARY RESERVES? YES [ ] NO [X] |
|---|---|
| BRANCH | DATE OF SERVICE  / /  to  / /   RANK AT DISCHARGE   TYPE OF DISCHARGE |

ARE YOU CURRENTLY PARTICIPATING IN ANY MILITARY RESERVE OR NATIONAL GUARD PROGRAMS?  YES [ ] NO [X]

| BRANCH | DATE OF SERVICE  / /  to  / /  | ORGANIZATION DESIGNATION/NAME | RANK |

HAVE YOU EVER BEEN THE SUBJECT OF ANY JUDICIAL OR NON-JUDICIAL DISCIPLINARY ACTION? YES [ ] NO [X] (IF YES, GIVE DETAILS (BRANCH OF SERVICE, WHEN, WHERE, CIRCUMSTANCES, INCLUDING ARTICLE 15, CAPTAIN'S MAST, OR COURT MARTIAL.)

### Criminal History

AS AN ADULT, HAVE YOU EVER BEEN ARRESTED OR CONVICTED OF ANY OFFENSE, EXCLUDING TRAFFIC OFFENSES?  YES [X] NO [ ] (IF YES, COMPLETE THE FOLLOWING.)

| DATE | LOCATION (CITY AND STATE) | ORIGINAL CHARGE | FINAL CHARGE IF AMENDED OR REDUCED | DISPOSITION |
|---|---|---|---|---|
| 6/6/88 | Daleville, Ala. | Insuff-Funds check | Fraud Insuff-Fund check | Fine and cost |
| 8/19/92 | Dale Co. Ala. | Insuff-Funds check | Fraud Insuff-Fund check | Fine and cost |
| 9/5/94 | Barbour Co. Ala | Insuff-funds check | Fraud-Insuff-Fund check | Fine and cost |

### Driver History

| DRIVER LICENSE NUMBER | STATE | EXPIRATION DATE | NAMES UNDER WHICH LICENSE WAS GRANTED |
|---|---|---|---|
| 4832296 | AL | 110904 | Aaron J. Grubbs |

LIST ALL TRAFFIC CITATIONS (EXCEPT PARKING VIOLATIONS) YOU HAVE RECEIVED WITHIN THE LAST FIVE (5) YEARS (INCLUDE MILITARY BASES)

| NATURE OF VIOLATION | LOCATION (CITY) | APPROXIMATE DATE | INDICATE WHETHER FINED OR ACTION TAKEN ON DRIVER LICENSE |
|---|---|---|---|
| None | | | |

POST-1 (Rev 7/98)                            - 2 -

## Law Enforcement Experience/Training

LIST ALL LAW ENFORCEMENT EMPLOYMENT HISTORY AND ATTACH ON SEPARATE PAGE. INCLUDE ANY LAW ENFORCEMENT CERTIFICATION IN ANOTHER STATE(S).

### Employment

### CHECK APPLICABLE STATUS

[X]   I AM GAINFULLY EMPLOYED AS A FULL-TIME LAW ENFORCEMENT OFFICER
      BY THE _Louisville Police_ DEPARTMENT, _Louisville_, ALABAMA.
      DATE EMPLOYED: _9-11-03_

[ ]   I AM GAINFULLY EMPLOYED AS A PART-TIME LAW ENFORCEMENT OFFICER
      BY THE _____ DEPARTMENT, _____, ALABAMA.
      DATE EMPLOYED: _____
      I WORK _____ HOURS PER WEEK AS A PART-TIME LAW ENFORCEMENT OFFICER.

[ ]   I AM A RESERVE/VOLUNTEER OFFICER FOR
      THE _____ DEPARTMENT, _____, ALABAMA.
      START DATE: _____

### Affidavit/Release of Liability

I HEREBY ATTEST THAT I AM IN GOOD HEALTH, PHYSICALLY FIT, AND OF GOOD MORAL CHARACTER. I HAVE NEVER BEEN CONVICTED OF A FELONY. I RELEASE THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION, THE LAW ENFORCEMENT ACADEMY, AND ANY DEPARTMENT OFFICIALLY ASSOCIATED WITH THE LAW ENFORCEMENT ACADEMY FROM ANY LIABILITY IN CASE OF ACCIDENT OR ILLNESS. I UNDERSTAND THAT FALSIFICATION OF THIS APPLICATION WILL RENDER ME INELIGIBLE TO ATTEND ANY LAW ENFORCEMENT ACADEMY IN THE STATE OF ALABAMA AND WILL RENDER ME INELIGIBLE FOR CERTIFICATION AS A LAW ENFORCEMENT OFFICER BY THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION.

SIGNED _[signature]_

SUBSCRIBED TO BEFORE ME THIS THE _15_ DAY OF _October_, ~~19~~ _2003_

SEAL

_[signature]_
NOTARY PUBLIC

JANICE L. CLARK
Notary Public, AL State at Large
My Comm. Expires Jan. 24, 2005

POST-1 (Rev 7/98)                    -3-

# STATE OF ALABAMA
# PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
# LAW ENFORCEMENT ACADEMY APPLICATION

## AFFIDAVIT

This is to certify that, I **Aaron J. Grubbs**, have met all the requirements for a law enforcement officer under the provisions of TITLE 36-21-46, Subsections: (2) Education, (4) Physical Qualifications and (5) Character, <u>Code of Alabama</u> 1975, as amended. I have never been convicted of a felony. I have listed any and all misdemeanor arrests and convictions on my Academy application.

_____
SIGNATURE OF APPLICANT

Sworn to and subscribed before me this the **15** day of **October**, 19 **2003**.

SEAL

JANICE L. CLARK
Notary Public, AL State at Large
My Comm. Expires Jan. 24, 200_

_____
NOTARY PUBLIC

This is to certify that the applicant has met all requirements to be trained and certified as a law enforcement officer under the provisions of TITLE 36-21-46, (2) (4) (5), <u>Code of Alabama</u> 1975, as amended.

_____
Chief Law Enforcement Officer/Agency Head

_____
City Clerk or Comptroller

_____
Appointing Authority (Mayor, President, etc.)

Sworn to and subscribed before me this the **15** day of **October**, 19 **003**.

SEAL

_____
NOTARY PUBLIC

DEBRA VINSON
Notary Public, AL State at Large
My Comm. Expires Feb. 11, 2005

POST-2 (Rev 7/98)                    - 4 -

# STATE OF ALABAMA
# PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

## PHYSICAL EXAMINATION

APPLICANT'S NAME: Aaron Grubbs   SEX: [✓] Male  [ ] Female

APPLICANT'S ADDRESS: 50 Co. Rd. 75   Eufaula   AL 36027   Barbour
  Street   City   County

PHYSICIAN'S NAME: John Jackson MD
  PLEASE PRINT OR TYPE

PHYSICIAN'S ADDRESS: PO Box 369   Louisville, AL 36048   Barbour
  Street   City   County

PHYSICIAN'S TELEPHONE NUMBER: 334-266-5383

> **TO EXAMINING PHYSICIAN:** This physical examination is to determine the above-named applicant's ability to FULLY PARTICIPATE in all of the rigorous physical activities of law enforcement training. These activities include but are not limited to: push-ups, sit-ups, distance running, close order self-defense training, and tactical firearms training (which may be anywhere from 2 to 8 hours per day). The amount of physical training may vary from day to day and in difficulty. The applicant MUST be able to participate EVERY DAY at all prescribed levels.

Height: 5'11" (without shoes)   Weight: 244# (stripped) lbs.   Frame: Light ___ Medium ✓ Heavy ___

| NORMAL | ABNORMAL | | |
|--------|----------|---|---|
| ✓ | | Eyes: Vision: | Right 20/20  Left 20/20  Without Glasses - Color Perception |
|   | |               | Right 20/___  Left 20/___  With glasses |
| ✓ | | Ears: Hearing: | Right 15/15  Left 15/15  External ear drum  nml |
| ✓ | | Nose & Sinuses: | Deformity; Obstruction; Chronic Infection |
| ✓ | | Throat: | Enlarged Tonsils; Chronic Infection |
| ✓ | | Thorax: | Inadequate Expansion; Deformity |
| ✓ | | Heart: | Enlargement; Arrhythmia; Deformity |
|   | |         | Blood pressure: Systolic 132  Diastolic 78 |
| ✓ | | Lungs: | Rales; Dullness; Chronic Infection |
| ✓ | | Abdomen: | Organ Enlargement; Hernia: Ventral ___ Inguinal ___ |
| ✓ | | Genitalia: | Phimosis; Hydrocele; Varicocele |
| ✓ | | Rectum & Anus: | Hemorrhoids; Fissure; Fistula; Pilonidal Disease |
| ✓ | | Extremities: | Deformity; Loss of Parts; Limitation of Motion; Chronic Infection; Varicose Veins |
| ✓ | | Skin: | Disfiguring Defects or Scars; Infection |
| ✓ | | Nervous & Mental: | Vasomotor Instability; Mental or Neurologic Defect |
| ✓ | | Urinalysis: | Sugar Neg   Albumin Neg |

Comments on Abnormalities: _____

EKG Results: _____

The above-named applicant is physically qualified and capable of performing all of the above-described physical tasks pertaining to law enforcement training.

_[signature]_  M.D.   9/23/03
Examining Physician   Date

POST-3 (Rev 7/98)   -5-

**STATE OF ALABAMA**
**PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION**

## AUTHORIZATION TO RELEASE RECORDS

TO WHOM IT MAY CONCERN:

I hereby release to the Alabama Peace Officers' Standards and Training Commission and its designated officers, agents, or employees, any and all information (including criminal records, physical/medical information, and psychological examinations) required by law or regulations to process my application to attend a law enforcement academy to obtain certification as a law enforcement officer.

AARON, GRubbS J
NAME (PRINTED)

_[signature]_
SIGNATURE

DATE October 15, 2003

Sworn to and subscribed before me this the 15 day of October, 19̶2003.

SEAL

_[signature]_
NOTARY PUBLIC
JANICE L CLARK
Notary Public, AL State at Large
My Comm. Expires Jan. 24, 2005

POST-4 (REV 7/98)                                   - 6 -

**STATE OF ALABAMA**
**PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION**
**LAW ENFORCEMENT ACADEMY APPLICATION**

DEPARTMENT: Brundidge Police Dept.   TELEPHONE: (334) 735-3333

ADDRESS: 115 No. Main St.   Brundidge   Pike   36010
STREET   PO BOX   CITY   COUNTY   ZIP

AGENCY HEAD: Moses Davenport   TELEPHONE: (334) 735-3333

AGENCY CONTACT PERSON: Moses Davenport   TELEPHONE: (334) 735-3333

AS THE CHIEF LAW ENFORCEMENT OFFICER OF THE ABOVE-NAMED LAW ENFORCEMENT AGENCY, I HEREBY MAKE APPLICATION TO THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

FOR Aaron J. Grubbs
NAME OF APPLICANT

TO ATTEND A CERTIFIED LAW ENFORCEMENT ACADEMY. THE APPLICANT HEREIN NAMED HAS BEEN RECRUITED PURSUANT TO ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION REGULATIONS. I CERTIFY THAT THE APPLICANT IS:

( ) EMPLOYED AS A FULL-TIME LAW ENFORCEMENT OFFICER,
( ) GAINFULLY EMPLOYED AS A PART-TIME LAW ENFORCEMENT OFFICER,
( ) A RESERVE/VOLUNTEER FOR THIS AGENCY.

I REQUEST THAT THE APPLICANT ATTEND THE   SWAPA - May 3rd
ACADEMY.
SIGNED   Moses Davenport
CHIEF LAW ENFORCEMENT OFFICER

DATE: _____

RECENT PHOTO
OF APPLICANT

**APOSTC USE ONLY**
REMARKS:

Defendant's
Exhibit 6

CERTIFICATION #: 23605

# STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT ACADEMY APPLICATION

### Personal

| LAST NAME | FIRST NAME | MIDDLE NAME | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Grubbs | Aaron | Jr. | 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 |

OTHER NAMES (INCLUDING NICKNAMES), ALIASES AND MAIDEN NAMES YOU HAVE USED OR BEEN KNOWN BY

| RESIDENCE ADDRESS IF DIFFERENT FROM MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| STREET NUMBER | STREET OR POST OFFICE BOX NUMBER: 50 Co. Rd. 75 |
| CITY | CITY: Eufaula |
| STATE / ZIP CODE | STATE: Al.  ZIP CODE: 36027 |

| AREA CODE | HOME TELEPHONE NUMBER | AREA CODE | BUSINESS PHONE NUMBER |
|---|---|---|---|
| 334 | 616-6034 | 334 | 735-3333 |

| BIRTHDATE: MONTH DAY YEAR | RACE | SEX | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|
| 2/23/63 | B | M | 234 | 5'11 | Blk. | Bro |

PLACE OF BIRTH: CITY/COUNTY/STATE: Eufaula, Barbour, Al.    CITIZENSHIP: Yes

### Education

HIGH SCHOOL GRADUATE: [X] YES [ ] NO    YEAR GRADUATED: 1982    SCHOOL: Clayton High    CITY: Clayton    STATE: Al.

GED CERTIFICATE: [ ] YES [ ] NO    YEAR:    RECEIVED GED FROM:

COLLEGE ATTENDED                    YEARS       DEGREE

### Military Service

HAVE YOU EVER SERVED IN THE ARMED FORCES, NATIONAL GUARD, OR MILITARY RESERVES?  YES [ ]  NO [X]    SELECTIVE SERVICE NUMBER

| BRANCH | DATE OF SERVICE | RANK AT DISCHARGE | TYPE OF DISCHARGE |
|---|---|---|---|

ARE YOU CURRENTLY PARTICIPATING IN ANY MILITARY RESERVE OR NATIONAL GUARD PROGRAMS?  YES [ ]  NO [ ]

| BRANCH | DATE OF SERVICE | ORGANIZATION DESIGNATION/NAME | RANK |
|---|---|---|---|

HAVE YOU EVER BEEN THE SUBJECT OF ANY JUDICIAL OR NON-JUDICIAL DISCIPLINARY ACTION? YES [ ] NO [ ] (IF YES, GIVE DETAILS (BRANCH OF SERVICE, WHEN, WHERE, CIRCUMSTANCES, INCLUDING ARTICLE 15, CAPTAIN'S MAST, OR COURT MARTIAL)

### Criminal History

HAVE YOU EVER BEEN ARRESTED OR CONVICTED OF ANY OFFENSE, EXCLUDING TRAFFIC OFFENSES?
YES [X] NO [ ] (IF YES, COMPLETE THE FOLLOWING.) NOTE: THE OFFENSE OF DUI SHOULD BE LISTED IN THIS SECTION.

| DATE | LOCATION (CITY AND STATE) | ORIGINAL CHARGE | FINAL CHARGE IF AMENDED OR REDUCED | DISPOSITION |
|---|---|---|---|---|
| 5/16/88 | Daleville, Al. | Fraud, Insuff Funds | Convicted | 6/6/88 |
| 8/19/92 | Dale Co., Al. | Fraud, Insuff funds | Fine 1,000.00 | 9/18/92 |
| 9/5/94 | Barbour, Al. | Fraud, Insuff funds | Fine 50.00 | 9/5/94 |

### Driver History

| DRIVER LICENSE NUMBER | STATE | EXPIRATION DATE | NAMES UNDER WHICH LICENSE WAS GRANTED |
|---|---|---|---|
| 4832296 | AL. | 11/9/04 | Aaron J. Grubbs |

HAVE YOU RECEIVED A TRAFFIC CITATION IN THE PAST FIVE (5) YEARS? YES [ ] NO [X] IF YES, LIST ALL TRAFFIC CITATIONS (EXCEPT PARKING VIOLATIONS) YOU HAVE RECEIVED WITHIN THE LAST (5) YEARS. (INCLUDE MILITARY BASES)

| NATURE OF VIOLATION | LOCATION (CITY) | APPROXIMATE DATE | INDICATE WHETHER FINED OR ACTION TAKEN ON DRIVED LICENSE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

POST-1 (Rev 10/00)

## Law Enforcement Experience/Training

LIST ALL LAW ENFORCEMENT EMPLOYMENT HISTORY AND ATTACH ON SEPARATE PAGE. INCLUDE ANY LAW ENFORCEMENT CERTIFICATION IN ANOTHER STATE(S).

### Employment

### CHECK APPLICABLE STATUS

[ ] I AM GAINFULLY EMPLOYED AS A FULL-TIME LAW ENFORCEMENT OFFICER
BY THE Brundidge Police DEPARTMENT, _____, ALABAMA.
DATE EMPLOYED: 5-3-04

[ ] I AM GAINFULLY EMPLOYED AS A PART-TIME LAW ENFORCEMENT OFFICER
BY THE _____ DEPARTMENT, _____, ALABAMA.
DATE EMPLOYED: _____
I WORK _____ HOURS PER WEEK AS A PART-TIME LAW ENFORCEMENT OFFICER.

[ ] I AM A RESERVE/VOLUNTEER OFFICER FOR
THE _____ DEPARTMENT, _____, ALABAMA.
START DATE: _____

### Affidavit/Release of Liability

I HEREBY ATTEST THAT I AM IN GOOD HEALTH, PHYSICALLY FIT, AND OF GOOD MORAL CHARACTER. I HAVE NEVER BEEN CONVICTED OF A FELONY. I RELEASE THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION, THE LAW ENFORCEMENT ACADEMY, AND ANY DEPARTMENT OFFICIALLY ASSOCIATED WITH THE LAW ENFORCEMENT ACADEMY FROM ANY LIABILITY IN CASE OF ACCIDENT OR ILLNESS. I UNDERSTAND THAT FALSIFICATION OF THIS APPLICATION WILL RENDER ME INELIGIBLE TO ATTEND ANY LAW ENFORCEMENT ACADEMY IN THE STATE OF ALABAMA AND WILL RENDER ME INELIGIBLE FOR CERTIFICATION AS A LAW ENFORCEMENT OFFICER BY THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION.

SIGNED _____

SUBSCRIBED TO BEFORE ME THIS THE 27th DAY OF April, 20 04

SEAL

Nichelle W. Simmons, Notary Public
Pike County, State of Alabama
My Commission expires on 3-25-06

NOTARY PUBLIC

POST-1 (Rev 10/00)

## STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT ACADEMY APPLICATION

# AFFIDAVIT

This is to certify that, I __Aaron J. Grubbs__, have met all the requirements for a law enforcement officer under the provisions of TITLE 35-21-46, Subsections: (2) Education, (4) Physical Qualifications and (5) Character, Code of Alabama 1975, as amended. I have never been convicted of a felony. I have listed any all misdemeanor arrests and convictions on my Academy application.

_____
SIGNATURE OF APPLICANT

Sworn to and subscribed before me this the __27th__ day of __April__, 20__04__.

Nichelle W. Simmons, Notary Public
Pike County, State of Alabama
My Commission expires on 3-25-06

_____
NOTARY PUBLIC

This is to certify that the applicant has met all requirements to be trained and certified as a law enforcement officer under the provisions of TITLE 36-21-46, (2) (4) (5), Code of Alabama 1975, as amended. *NOTE: All three signatures are required. If the applicant is employed as a Deputy Sheriff, the Sheriff signs as both the Chief Law Enforcement Officer and Appointing Authority.*

_____
Chief Law Enforcement Officer/Agency Head

_____
Financial Officer (The person responsible for issuing employees paycheck)

_____
Appointing Authority (Mayor, Sheriff, College President, etc.)

Sworn to and subscribed before me this the __27th__ day of __April__, 20__04__.

SEAL

Nichelle W. Simmons, Notary Public
Pike County, State of Alabama
My Commission expires on 3-25-06

_____
NOTARY PUBLIC

POST-2 (Rev 10/00)                    - 4 -

# STATE OF ALABAMA
# PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

## PHYSICAL EXAMINATION

APPLICANT'S NAME: _____ SEX: [ ] Male  [ ] Female

APPLICANT'S ADDRESS: _____
                                  Street                     City                  County

PHYSICIAN'S NAME: _____
                       PLEASE PRINT OR TYPE

PHYSICIAN'S ADDRESS: _____
                               Street                     City                  County

PHYSICIAN'S TELEPHONE NUMBER: _____

> **TO EXAMINING PHYSICIAN:** This physical examination is to determine the above-named applicant's ability to FULLY PARTICIPATE in all of the rigorous physical activities of law enforcement training. These activities include but are not limited to: push-ups, sit-ups, distance running, close order self-defense training, and tactical firearms training (which may be anywhere from 2 to 8 hours per day). The amount of physical training may vary from day to day and in difficulty. The applicant MUST be able to participate EVERY DAY at all prescribed levels.

Height _____ Weight _____ lbs. Frame: Light _____ Medium _____ Heavy _____
     (without shoes)    (stripped)

| NORMAL | ABNORMAL | | |
|---|---|---|---|
| | | Eyes: Vision: | Right 20/_____ Left 20/_____ Without Glasses - Color Perception |
| | | | Right 20/_____ Left 20/_____ With glasses |
| | | Ears: Hearing: | Right _____/15 Left _____/15 External ear drum _____ |
| | | Nose & Sinuses: | Deformity; Obstruction; Chronic Infection |
| | | Throat: | Enlarged Tonsils; Chronic Infection |
| | | Thorax: | Inadequate Expansion; Deformity |
| | | Heart: | Enlargement; Arrhythmia; Deformity |
| | | | Blood pressure: Systolic _____ Diastolic _____ |
| | | Lungs: | Rales; Dullness; Chronic Infection |
| | | Abdomen: | Organ Enlargement; Hernia: Ventral _____ Inguinal _____ |
| | | Genitalia: | Phimosia; Hydrocele; Varicocele |
| | | Rectum & Anus: | Hemorrhoids; Fissure; Fistula; Pilonidal Disease |
| | | Extremities: | Deformity; Loss of Parts; Limitation of Motion; Chronic Infection; Varicose Veins |
| | | Skin: | Disfiguring Defects or Scars; Infection |
| | | Nervous&Mental: | Vasomotor Instability; Mental or Neurologic Defect |
| | | Urinalysis: | Sugar _____ Albumin _____ |

Comments on Abnormalities _____

_____

EKG Results: _____

The above-named applicant is physically qualified and capable of performing all of the above-described physical tasks pertaining to law enforcement training.

_____ M.D. _____
           Examining Physician                                    Date

POST-3 (Rev 10/00)

-5-

# STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

### AUTHORIZATION TO RELEASE RECORDS

TO WHOM IT MAY CONCERN:

I hereby release to the Alabama Peace Officers' Standards and Training Commission and its designated officers, agents, or employees, any and all information (including criminal records, physical/medical information, and psychological examinations) required by law or regulations to process my application to attend a law enforcement academy to obtain certification as a law enforcement officer.

Aaron J. Grubbs
NAME (PRINTED)

_(signature)_
SIGNATURE

DATE  4/27/04

Sworn to and subscribed before me this the 27th day of April, 20 04.

SEAL

Nichelle W. Simmons, Notary Public
Pike County, State of Alabama
My Commission expires on 3-25-06

_(signature)_ Nichelle W. Simmons
NOTARY PUBLIC

POST-4 (REV 10/00)

6