# GRUBBS II

1

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE MIDDLE DISTRICT OF ALABAMA

3             NORTHERN DIVISION

4                                 COPY

5   AARON GRUBBS,             )

6       Plaintiff,        )

7   VS.                    ) 2:04-CV-1025-F

8   TOWN OF LOUISVILLE,     )

9   et al.,              )

10       Defendant.       )

11

12

13

14

15

16         The continuation of the videotaped

17  deposition of AARON GRUBBS, taken pursuant to

18  Federal Rules of Civil Procedure before Lisa M.

19  Bryan, Court Reporter and Notary Public, State at

20  Large, at the Law Offices of Cobb, Shealy, Crum &

21  Derrick, P.A., 206 North Lena Street, Dothan,

22  Alabama, on the 3rd day of August, 2005, at

23  approximately 9:03 a.m., pursuant to notice.

1    A.    Yes, sir.

2    Q.    And you wanted POST to believe what you

3    told them?

4    A.    Yes.

5    Q.    You also wanted POST to act on your

6    letter favorably to you?

7    A.    Yes, I did.

8    Q.    Did you do your best to tell POST the

9    truth in your letter?

10   A.    Yes, I did.

11   Q.    Let me go back to Exhibit -- let me show

12   you Defendants' Exhibit 6.  We talked about

13   Exhibit 5 before your deposition stopped the last

14   time, but we didn't actually get to 6.  Is

15   Defendants' Exhibit 6 a true and correct copy of

16   the second POST application that you filed to go

17   to the police academy?

18   A.    Yes, sir.

19   Q.    Does it -- dated April 27th, 2004?

20   A.    Yes, sir.

21   Q.    Is this your signature on Page 4 of

22   Exhibit 6?

23   A.    Yes, sir.