GRUBBS III

COPY     1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

AARON GRUBBS,                          )

      Plaintiff,                       )   CIVIL ACTION NO.:

Vs.                                    )   2:05-CV-604

CITY OF EUFAULA, ALABAMA,              )

      Defendant.                       )

      The video deposition of AARON GRUBBS
taken pursuant to the Federal Rules of Civil
Procedure before Karen D. Strickland, Court
Reporter and Notary Public, State at Large, at
the law offices of Cobb, Shealy, Crum & Derrick,
206 North Lena Street, Dothan, Alabama, on the
21st day of November, 2005, commencing at
approximately 9:00 a.m.

1    A.    Correct.

2    Q.    I asked you in your other deposition

3 about some lawsuits you've filed, and I have

4 since then typed up this list which I'm going to

5 mark as Defendant's Exhibit 1.  Is that a list

6 of the past lawsuits that you have filed?

7    A.    Yes, sir.

8

9        (Whereupon, Defendant's Exhibit 1

10       was marked for identification and

11       same is attached hereto.)

12

13    Q.    Where are you currently employed?

14    A.    I work for the Clayton Police

15 Department.

16    Q.    When I last took your deposition I

17 believe you had just started at Clayton; is that

18 right?

19    A.    That's correct.

20    Q.    Have you worked at Clayton

21 continuously since you started there?

22    A.    Yes.

23    Q.    We'll put this away.  I just wanted to

11

1    breeze through that.

2            What was your start date in Clayton?

3    A.    It was in July.

4    Q.    2005?

5    A.    I was part-time in July.  I was just

6    working part-time.  I became full-time.

7    Q.    And when did you become full-time?

8    A.    I think it was in September, I

9    believe.

10    Q.    September 2005?

11    A.    Yes.

12    Q.    Did you leave the Brundidge Police

13    Department once and for all at a certain point?

14    A.    Yes.

15    Q.    When was that?

16    A.    It was sometime in September.

17    Q.    So you had started with the Brundidge

18    Police Department around the beginning of May?

19    A.    May 3rd.

20    Q.    May 3rd?

21    A.    2004.

22    Q.    2004.  You stayed with the Brundidge

23    Police Department from May 3rd, 2004 until

12

1   September 2005?

2       A.    Yes.

3       Q.    While you were with the Brundidge

4   Police Department you also had a couple of

5   part-time jobs as a police officer?

6       A.    That's right.

7       Q.    One of those was Clio?

8       A.    Clio.

9       Q.    And then the other one was Clayton?

10      A.    Right.

11      Q.    And then you went from part-time to

12  full-time at Clayton?

13      A.    That's correct.

14      Q.    Besides Clio, Clayton, Brundidge --

15  well, those are the only three.  Besides Clio,

16  Clayton, and Brundidge, have you worked anywhere

17  else since you left the Town of Louisville?

18      A.    No.

19      Q.    Not even for a brief period of time?

20      A.    No.  Not that I can remember, no.

21      Q.    What were you making per hour in

22  Brundidge?

23      A.    I was making 9.99.

13

1    Q.   Were you earning some overtime?

2    A.   Three hours every two weeks.

3    Q.   That was court overtime?

4    A.   Yes.

5    Q.   Were you working 40 hours a week?

6    A.   Yes.

7    Q.   So you had your 40 hours a week, and

8  then every two weeks you would get an additional

9  three hours?

10   A.   Right.

11   Q.   What are you making in Clayton now?

12   A.   11.69.

13   Q.   How many hours are you working?

14   A.   40 hours a week.

15   Q.   40 hours a week?

16   A.   Yes.

17   Q.   Are you getting some overtime in

18  Clayton?

19   A.   Yes.

20   Q.   How much?

21   A.   Anywhere from 25 to 30 hours every two

22  weeks.

23   Q.   I'm going to guess that that's just a

18

1        A.    No, not very much.

2        Q.    That's what you're telling me though,

3   is the reason?

4        A.    Yes.

5        Q.    You didn't like working by yourself?

6        A.    That's correct.

7        Q.    On October 13th, 2004, you were

8   employed by the Brundidge Police Department?

9        A.    That's correct.

10       Q.    You were making 9.99 an hour?

11       A.    Right.

12       Q.    You applied for a job with the Eufaula

13  Police Department?

14       A.    That's correct.

15

16         (Whereupon, Defendant's Exhibit 2

17         was marked for identification and

18         same is attached hereto.)

19

20       Q.    Is Exhibit 2 a copy of your

21  application?

22       A.    This is it, yes.

23       Q.    That is your application?

20

1    Q.   You expected to make more than 9.99 an
2 hour, but did you actually know what the City of
3 Eufaula paid as a starting rate?
4    A.   No, I didn't.  Some of the officers
5 had told me it was around 10.30, $11 an hour.
6 Just depends on the qualification.
7    Q.   You expected that you could make as
8 much as $11 an hour by getting a job with the
9 Eufaula Police Department?
10   A.   Well, I didn't really know exactly
11 what they was paying, so I can't really
12 speculate on it.  But the thing about it, I knew
13 I would have been doing better, because, like I
14 say, it was shorter, it was going to cost me a
15 lot less gas, and basically I knew I would come
16 out better working for Eufaula than Brundidge.
17   Q.   How far do you live from the City of
18 Eufaula?
19   A.   No more than 14, 15 miles.
20   Q.   How far were you living from
21 Brundidge?
22   A.   Probably about 30 -- about
23 30-something miles.

22

1    Q.    What did you talk to Mr. Gilbert

2  about?

3    A.    Well, we talked about a job.  I told

4  him what I -- you know, he knew I had been to

5  the academy and all.  And he asked me -- he

6  said, Why don't you come over here and work for

7  Eufaula, it's a lot less.  I had been telling

8  him about the gas, how much, you know.  He said,

9  Well, why don't you come work for Eufaula, we

10  got about 10, 12 openings.  So I went over there

11  and applied for it.

12    Q.    Did he tell you whether he liked

13  working in Eufaula or not?

14    A.    No, he really didn't.

15    Q.    But he encouraged you to apply?

16    A.    Yes.

17    Q.    Is Bobby Gilbert a white male or a

18  black male?

19    A.    Black male.

20    Q.    And he was already working as a police

21  officer in Eufaula?

22    A.    Yes.

23    Q.    Did he tell you that he had any

24

1  department and filled out an application.

2      Q.    So you personally went to the City of

3  Eufaula?

4      A.    Correct.

5      Q.    You went to the personnel department

6  at the City of Eufaula?

7      A.    Right.

8      Q.    You requested a job application?

9      A.    True.

10     Q.    You were provided a blank application

11  form?

12     A.    Right.

13     Q.    You personally filled it out?

14     A.    True.

15     Q.    Did you take it home or did you fill

16  it out there?

17     A.    Filled it out there.

18     Q.    Did you hand it back to them there or

19  did you take it home and think about it?

20     A.    No, I handed it to Mr. Erkins.

21     Q.    You gave it to Mo Erkins?

22     A.    Mo Erkins.

23     Q.    Did you have a conversation with Mr.

33

1  employees between the time period beginning with

2  your second conversation with Mr. Erkins and

3  ending with your third?

4      A.   I think that's it.

5      Q.   You can't remember any?

6      A.   No, I can't remember any.

7      Q.   After your third conversation with Mr.

8  Erkins, did you have any other conversations

9  with any City of Eufaula employees?

10     A.   Not that I remember.

11     Q.   Have you ever had a conversation with

12 Eufaula police chief Kenneth Walker?

13     A.   No, I have not.

14     Q.   Have you ever met Chief Walker?

15     A.   No, I don't believe I have.

16     Q.   Would you know Chief Walker if you saw

17 him today?

18     A.   By face, yes.  Yes, I would -- most

19 likely I think I would know him.

20     Q.   How would you recognize his face?

21     A.   Well, I've been in the police

22 department and I've heard, you know, the

23 dispatchers and things call him up, you know,

34

1    and I've seen him come in.  But just far as

2    meeting him, no.

3         Q.    So far as you know, he doesn't know

4    you?

5         A.    No, not that I know of.

6         Q.    Besides the conversations you've told

7    me about, did you give anything else to the City

8    of Eufaula in writing except for your

9    application?

10        A.    That's all I believe I gave them.

11        Q.    So the only written document you

12   submitted or sent or gave to the City of Eufaula

13   was Defendant's Exhibit 2?

14        A.    Yes.

15        Q.    In other words, you didn't write any

16   letters?

17        A.    No.

18        Q.    You didn't send any e-mails?

19        A.    No.

20        Q.    Did you ever receive any written

21   documents from the City of Eufaula or any of its

22   employees?

23        A.    No, I didn't.

40

1    half of that two-year period of work out of you?

2        A.    The work, right.

3        Q.    Does your application indicate your

4    race anywhere on there?

5        A.    My what now?

6        Q.    Your race?

7        A.    I don't know, I didn't -- no, it

8    don't, I don't guess.

9        Q.    In other words, race is not

10   information that was provided on the

11   application?

12       A.    No, it's not.

13       Q.    Did you provide your race to the

14   Eufaula Police Department in any -- by any means

15   in conjunction with your application?

16       A.    No, only just me being there in

17   person.

18       Q.    Well, you didn't speak to the police

19   department in person, did you?  You spoke to Mr.

20   Erkins?

21       A.    No, I didn't, not at that time, no.

22   But I had been to that police department several

23   times.

44

1      A.    No, sir, not that I know of.

2      Q.    In other words, you put everything

3  that you knew down in your EEOC charge?

4      A.    Yes, sir, far as I can remember at

5  that time.

6      Q.    One of the things that you wrote in

7  your EEOC charge is that some of the police

8  officers that the City of Eufaula hired had

9  domestic violence charges against them?

10     A.    Yes, sir, that's correct.

11     Q.    Which officers are those?

12     A.    Well, I know that -- I spoke with one

13 former deputy sheriff, Captain Tim Marsh, that

14 he had beat his wife up and he had charges.

15 Matter of fact, he was one of the arresting

16 officers.

17     Q.    Wait, let me make sure I'm getting

18 this clear.  You're saying you spoke to a deputy

19 sheriff?

20     A.    Former deputy sheriff.

21     Q.    Former deputy sheriff.  What was that

22 man's name?

23     A.    Chauncey Woods.

1       Q.    But you didn't confirm that before you

2  put that in your EEOC charge?

3       A.    No, I didn't.

4       Q.    Do you know of any other Eufaula

5  police officer that has ever had any domestic

6  violence charges against them?

7       A.    I believe it's Sergeant Nadine Brown.

8       Q.    Sergeant Nadine Brown.  That's a

9  woman?

10      A.    Yes.

11      Q.    Let me ask you this.  Is Captain Marsh

12  a black male or a white male?

13      A.    White.

14      Q.    White male.  Is Sergeant Brown black

15  or white?

16      A.    White female.

17      Q.    White female.  And what do you know

18  about Sergeant Brown?

19      A.    Oh, I know a lot.  I remember when I

20  was living in Clayton they had so -- her and her

21  husband had so many fights that it actually went

22  in the papers.  And I've been looking for that

23  and I will find that article.  That they was

1    tired of going out there, there was so many.

2         Q.    Was she arrested?

3         A.    I'm sure she was.

4         Q.    You don't know that for sure?

5         A.    I don't know that for sure.

6         Q.    What law enforcement agency would have

7    arrested Sergeant Nadine Brown?

8         A.    Barbour County Sheriff's Department.

9         Q.    So I can look to the Barbour County

10   Sheriff's Department to see if that ever

11   happened?

12        A.    Yes.

13        Q.    Sergeant Nadine Brown, do you know how

14   old she is?

15        A.    No, I don't.

16        Q.    And since you don't know for sure that

17   she was arrested, you wouldn't know for sure

18   whether she was ever arrested of domestic

19   violence either?

20        A.    No, I don't.

21        Q.    Anybody else at the Eufaula Police

22   Department that you have some information that

23   leads you to believe that they have ever been

52

1    these conversations in Midland City?

2        A.    No, I wasn't.

3        Q.    Okay.  You've heard that Dexter

4    Hammond had a robbery charge as a juvenile?

5        A.    Many.  Not one, many.

6        Q.    Many robbery charges as a juvenile,

7    right?

8        A.    Yes.

9        Q.    Okay.  You don't have any documents to

10   prove that?

11       A.    No, I don't.  They hush everything up

12   in Barbour County if it deal with white peoples.

13       Q.    Besides Captain Marsh, Sergeant Brown,

14   and Dexter Hammond, do you have any information

15   concerning any other Eufaula --

16       A.    Yes, there's a lady by the name of

17   Terri.  I can't think of her last name.  I want

18   to say Owens, but I don't want to be for sure.

19   I don't want to be -- don't quote me on that.

20   That has been in trouble constantly, domestic

21   violence with the husband, since she's been

22   working with the Eufaula Police Department.

23       Q.    Is she an officer?

54

1   name.

2        Q.    Can you provide that to Mr. Newman

3   so --

4        A.    Yes, I can.

5        Q.    -- he can provide that to me?

6        A.    Yes, I can.

7        Q.    All right.  Any other present or

8   former Eufaula employee that you know of or

9   believe has been arrested?

10       A.    Keith Bongay (spelling), I'm not sure

11  that he was been arrested.  I'm not sure about

12  that.  But I know he did get into some trouble

13  with Eufaula and resigned, and Eufaula hired him

14  back recently.

15       Q.    Do you know anything about that

16  firsthand?

17       A.    All -- firsthand?

18       Q.    Right.

19       A.    No, I don't.  Like I say, it's between

20  us, the police officers.  I did speak to some

21  officers about it and I was told that the file

22  was sealed, and if you go in the file that they

23  would know that you have accessed it.

1    Q.    Any other Eufaula officer, either

2    present or former, that you have reason to

3    believe has been arrested?

4    A.    That's all, but I intend to look for

5    more to see if I can find out more.

6    Q.    So you have given me the names of five

7    people?

8    A.    Yes.

9    Q.    And of those five people, these are

10   people that you have heard other people say that

11   they have been either arrested or in some kind

12   of trouble with the law?

13   A.    That's correct.

14   Q.    For these five people you do not have

15   any firsthand personal knowledge that any of

16   that information is actually true?

17   A.    No, sir, at this time I do not.

18   Q.    Do you know of any present or former

19   employee of the Eufaula police department that

20   has had 39 convictions?

21   A.    No, I don't know.

22   Q.    Do you know of any present or former

23   employee of the Eufaula Police Department that

56

1   has had 10 convictions?

2       A.    I don't know.

3       Q.    Do you know of any present or former

4   employee of the Eufaula Police Department that

5   has had five convictions?

6       A.    I don't know.

7       Q.    Do you have firsthand knowledge of any

8   present or former employee of the Eufaula Police

9   Department who has ever had even one conviction?

10      A.    I don't know.

11      Q.    You don't actually know how many

12  police officers the City of Eufaula hired after

13  you submitted your application?

14      A.    No, sir, I don't.

15      Q.    You don't know the names of any of

16  those officers?

17      A.    No, I do not.

18      Q.    You do not know the backgrounds on any

19  of those officers?

20      A.    No, I don't.

21      Q.    You do not know whether any of those

22  officers were certified or uncertified?

23      A.    No, I don't.  But I'm sure we can find

1    Q.   You don't know if he was in a hurry?

2    A.   No, I don't.  No, he wasn't in a

3  hurry.

4    Q.   Well, do you know what his plan -- his

5  schedules were for that day?

6    A.   No.  No, I don't.

7    Q.   Nobody ever told you that your race --

8  let me ask it this way.  Nobody from the City of

9  Eufaula Police Department ever told you that you

10  were not hired because you were black?

11    A.   No.

12    Q.   Do you know anyone else who applied

13  for a job at the City of Eufaula around the time

14  you did?

15    A.   I don't know.  You can pull the

16  applications and you will find out.  I mean, you

17  will have to check that yourself.  I don't know.

18    Q.   I'm just trying to find out what you

19  know, Mr. Grubbs.

20    A.   I don't know.  I mean, I don't know if

21  applications --

22    Q.   You didn't have a buddy that you went

23  in with?

65

1     A.    Yes, I will.

2     Q.    And he will tell me.  As you sit here

3  today, you do not know of anybody who has had

4  multiple bad check convictions --

5     A.    No, sir, I do not.

6     Q.    Let me get it finished just so it will

7  read correctly.  You personally do not know of

8  anyone who has multiple bad check convictions

9  who has applied to be a police officer at the

10  City of Eufaula and gotten hired?

11     A.    I don't know.  You can pull the

12  records and check.

13     Q.    I just need you to stick --

14     A.    Okay.  I don't know.

15     Q.    Okay.  Let me ask it just so we are

16  clear on your testimony.

17          You do not know of anyone else who has

18  had multiple bad check convictions and has

19  applied to be a police officer with the City of

20  Eufaula and gotten hired?

21     A.    Not that I know of.

22     Q.    Have you understood all my questions

23  today?

## LAWSUITS FILED BY AARON GRUBBS

1. <u>Grubbs v. Transouth</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1989-32;

2. <u>Grubbs v. (Unknown)</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1991-80;

3. <u>Grubbs v. United Casualty</u>, Circuit Cout of Barbour County, Clayton Division, Case Number CV-1992-42;

4. <u>Grubbs v. Foremost</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1995-150;

5. <u>Grubbs v. Ford Motor Credit</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1995-160;

6. <u>Grubbs v. National Casualty</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1997-145;

7. <u>Grubbs v. Pioneer Housing Systems</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1999-110;

8. <u>Grubbs v. Town of Bakerhill</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-2004-80;

9. <u>Grubbs v. Gilland</u>, Circuit Court of Barbour County, Clayton Division, Case Number CV-1998-36;

10. <u>Grubbs v. Tharpe</u>, Small Claims Court of Barbour County, Clayton Division, Case Number SM-1999-420;

11. <u>Grubbs v. American Family Insurance</u>, Circuit Court of Barbour County, Eufaula Division, Case Number CV-1988-66;

12. <u>Grubbs v. Mercury Finance</u>, Circuit Court of Barbour County, Eufaula Division, Case Number CV-1993-96;

13. <u>Grubbs v. Kirby Company</u>, Circuit Court of Barbour County, Eufaula Division, Case Number CV-1999-227;

14. <u>Grubbs v. Foremost</u>, Circuit Court of Barbour County, Eufaula Division, Case Number CV-2002-78;

15. <u>Grubbs v. Jimmy Cochran</u>, Circuit Court of Barbour County, Eufaula Division, Case Number CV-2004-232;

16. <u>Grubbs v. Town of Louisville</u>, United States District Court for the Middle District of Alabama, Case Number 2:04-cv-1025-F; and

17. <u>Grubbs v. City of Eufaula</u>, United States District Court for the Middle District of Alabama, Case Number 2:05-cv-604-F.



DEFENDANT'S
EXHIBIT

1

# APPLICATION
# FOR EMPLOYMENT

**City of Eufaula**
Personnel Dept.
P.O. Box 219
Eufaula, AL 36072-0219
334-687-1206

We consider applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, or any other legally protected status.

*(PLEASE PRINT)*

| Position(s) Applied For | Date of Application |
|---|---|
| Police officer | 10/13/04 |

**How Did You Learn About Us?**
- ☐ Advertisement
- ☑ Friend
- ☐ Inquiry
- ☐ Employment Agency
- ☐ Relative
- ☐ Other _____

| Last Name | First Name | Middle Name |
|---|---|---|
| Grubbs | Aaron | Jr |

| Address | Number | Street | City | State | Zip Code |
|---|---|---|---|---|---|
| | So Co Rd 75 | | Eufaula | Ala | 36027 |

| Telephone Number(s) | Social Security Number (voluntary) |
|---|---|
| 334-616-6034 | 416 96 9825 |

Best time to contact you at home is: 5:00 ☑ AM ☐ PM

If you are under 18 years of age, can you provide required proof of your eligibility to work?  ☑ Yes  ☐ No

Have you ever filed an application with us before?  ☐ Yes  ☑ No
If Yes, give date _____

**DEFENDANT'S EXHIBIT 2**

Have you ever been employed with us before?  ☐ Yes  ☑ No
If Yes, give date _____

Do any of your friends or relatives, other than spouse, work here?  ☐ Yes  ☑ No
If Yes, state name, relationship and location _____

Are you currently employed?  ☑ Yes  ☐ No

May we contact your present employer?  ☑ Yes  ☐ No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status?  ☐ Yes  ☑ No
*Proof of citizenship or immigration status will be required upon employment.*

Date available for work  10/15/04   What is your desired salary range? _____

Are you available to work:
- ☑ Full Time   (Please indicate  1  ②  3  shift)
- ☐ Part Time   (Please indicate  Mornings  Afternoon  Evenings)
- ☐ Temporary   (Please indicate dates available ___ /___ - ___ /___)

Are you currently on "lay-off" status and subject to recall?  ☐ Yes  ☑ No

Can you travel if a job requires it?  ☑ Yes  ☐ No

WE ARE AN EQUAL OPPORTUNITY EMPLOYER

## EDUCATION

| School | Name and Address of School | Course of Study | No. Of Years Completed | Diploma / Degree |
|---|---|---|---|---|
| High School | ClaytonHigh-Clayton Ala | Math· ENS. S.S. hIstory | 12 | Diploma |
| Undergraduate College | | | | |
| Graduate/ Professional | | | | |
| Other (Specify) | | | | |

## WORK EXPERIENCE

Start with your present or last job. Include any job-related military service assignments and volunteer activities. You may exclude organizations which indicate race, color, religion, gender, national origin, disabilities or other protected status.

**Employer** Brundidge Police Dept
**Address** 115 North Main· Brundidge Ala·
**Telephone Number(s)** 334-735-3339
**Starting/Present Job Title** Patrolman
**Supervisor** Mose Davenport
**Reason for Leaving** Still There
Dates Employed From 4/3/04 To Still working
Hourly Rate/Salary Starting $9.00 Final $9.00
Work Performed Patrolman
May We Contact ☑ Yes ☐ No

**Employer** Barbour Co. School
**Address** Clayton Ala·
**Telephone Number(s)** 334-775-3545
**Starting/Present Job Title** School Bus driver
**Supervisor** Lee Roy Straw
**Reason for Leaving** Went into police work
Dates Employed From 8/2/96 To 4/10/2004
Hourly Rate/Salary Starting $600 Final $800
Work Performed Bus driver
May We Contact ☑ Yes ☐ No

**Employer** Vickers And Sons Trucking
**Address** #4-Eufaula Ala·
**Telephone Number(s)**
**Starting/Present Job Title** Mech.
**Supervisor** Mack Vicker
**Reason for Leaving** Need a better Job.
Dates Employed From 1992 To 1995
Hourly Rate/Salary Starting $900 Final $900
Work Performed Mech.
May We Contact ☐ Yes ☐ No

**Employer**
**Address**
**Telephone Number(s)**
**Starting/Present Job Title**
**Supervisor**
**Reason for Leaving**
Dates Employed From To
Hourly Rate/Salary Starting Final
Work Performed
May We Contact ☐ Yes ☐ No

## Comments: Include explanation of any gaps in employment.

**Describe any specialized training, apprenticeship, skills and extra-curricular activities.**

Police Academy.

**Describe any job-related training received in the United States military.**

**List professional, trade, business or civic activities and offices held.**
You may exclude membership which would reveal gender, race, religion, national origin, age, ancestry, disability or other protected status.

**ADDITIONAL INFORMATION**

Other Qualifications    *Summarize special job-related skills and qualifications acquired from employment or other experience.*

**SPECIALIZED SKILLS (Skills/Equipment Operated)**

| ___ Terminal | ___ Spreadsheet | Production/Mobile Machinery (list) | Other (list) |
|---|---|---|---|
| ___ PC/MAC | ___ Word Processing | | |
| ___ Typewriter | ___ Shorthand | | |
| WPM ___ | WPM ___ | | |

*State any additional information you feel may be helpful to us in considering your application.*

Note to Applicants: DO NOT ANSWER THIS QUESTION UNLESS YOU HAVE BEEN INFORMED ABOUT THE REQUIREMENTS OF THE JOB FOR WHICH YOU ARE APPLYING.

Are you capable of performing in a reasonable manner, with or without a reasonable accommodation, the activities involved in the job or occupation for which you have applied?  A review of the activities involved in such a job or occupation has been given.    ___ YES    ___ NO

**PERSONAL/PROFESSIONAL REFERENCES**    Do not include family members or past supervisors.

| Name | Phone Number | Best Time to Call | Occupation |
|---|---|---|---|
| 1. Dolyn Bush | 687-9820 | Any Time | Retired. |
| 2. Inez Bush | 687-9820 | Anytime | Retired |

## APPLICANT'S STATEMENT

I certify that answers given herein are true and complete.

I authorize investigation of all statements contained in this application for employment as may be necessary in arriving at an employment decision.

This application for employment shall be considered active for a period of time not to exceed 45 days. Any applicant wishing to be considered for employment beyond this time period should inquire as to whether or not applications are being accepted at that time.

I hereby understand and acknowledge that, unless otherwise defined by applicable law, any employment relationship with this organization is of an "at will" nature, which means that the Employee may resign at any time and the Employer may discharge Employee at any time with or without cause. It is further understood that this "at will" employment relationship may not be changed by any written document or by conduct unless such change is specifically acknowledged in writing by an authorized executive of this organization.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge. I understand also, that I am required to abide by all rules and regulations of the employer.

_____        10/13/04
Signature of Applicant                         Date

This Application For Employment is sold for general use throughout the United States. ResourceOne™ assumes no responsibility for the use of said form or any questions when asked by the employer of the job applicant, may violate State and/or Federal Law.

# CHARGE OF DISCRIMINATION

| | CHARGE NUMBER |
|---|---|
| A ? | |
| ☐ FEPA | |
| ☒ EEOC | 130-2005-01674 |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

_____ and EEOC

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Aaron Grubbs Sr. | (334) 616-6034 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| , 50 County Road 75 | Eufaula, Alabama 36027 | 2-23-63 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| City of Eufaula | 15 plus | (334) 688-2000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 219 | Eufaula, Alabama 36072-0219 | Barbour |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)* | EARLIEST            LATEST<br>November 2004<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

See atachment.

MAR 17 2005

**DEFENDANT'S EXHIBIT**

---

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY · (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *Aaron Grubbs* | *Aaron Grubbs* |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |
| Date 1-6-2005     Charging Party *(Signature)* | |

I am a black male resident of the Middle District of Alabama (Barbour County) and over 19 years. In November 2004, I spoke to Captain Bobby Gilbert of the Eufaula Police Department and he advised me to formally apply for a job as a police officer; he indicated they needed 10 to 12 officers. I completed the application and gave to the person who handled these. Much time passed and I didn't hear back so I called. I discovered that several white men were hired as police officers and that none were certified; I am certified. Moreover, some of those hired had Domestic Violence Charges against them.

I believe that I was not hired because I am a black male. I believe that my race made the City of Eufaula treat my application differently.