## AFFIDAVIT OF KEITH BUNGAY

Comes now Keith Bungay and, having been duly sworn, testifies as follows.

1. My name is Keith Bungay. The following statements are based upon my own personal knowledge.

2. I am employed as a Police Officer in the Eufaula Police Department.

3. I was hired by the Eufaula Police Department on March 28, 2005.

4. I am a white male.

5. I was already certified as a police officer when I was hired.

6. I have never been charged with a crime, arrested, or convicted of a crime.

Dated: March __6__, 2006.

_____
Keith Bungay

1

STATE OF ALABAMA )
)
COUNTY OF BARBOUR )

Before me, the undersigned Notary Public in and for said state and county, personally appeared Keith Bungay, who is known to me. Having been duly sworn, Keith Bungay testified that the foregoing statements are true and correct to the best of his personal knowledge.

This the 6 day of March, 2006.

[SEAL]

Alesha Williams
Notary Public
My Commission Expires 4-27-08

2