## AFFIDAVIT OF KENNETH WALKER

Comes now Kenneth Walker and, having been duly sworn, testifies as follows.

1. My name is Kenneth Walker. The following statements are based upon my own personal knowledge.

2. I am employed as the Chief of the Eufaula Police Department.

3. I have reviewed the allegations made by Aaron Grubbs in his deposition.

4. Aaron Grubbs filed his application for employment with the Eufaula Police Department on October 13, 2004.

5. The Eufaula Police Department hired three officers during the application period in which Mr. Grubbs applied. They were James Isler, Hunter White, and Gail Hudson. James Isler and Gail Hudson were already certified as police officers. Hunter White was not.

6. James Isler was hired November 1, 2004. He is a white male. His criminal record check revealed no arrests. A copy of his criminal record check is attached to this Affidavit as Exhibit A.

7. Hunter White was hired November 29, 2004. He is a white male. His criminal record check revealed no arrests. A copy of his criminal record check is attached to this Affidavit as Exhibit B.

8. Gail Hudson was rehired January 18, 2005. She is a white female. Her criminal record check revealed no arrests. A copy of her criminal record check is attached to this Affidavit as Exhibit C.

1

9. I make the decisions about who will be hired at the Eufaula Police Department, subject to final approval by the Mayor. I was the final decision maker about eliminating Aaron Grubbs from the application process. (The Mayor only becomes involved once I make a hiring recommendation.)

10. Aaron Grubbs' race was not a factor in my decision not to hire him.

11. I decided not to hire Aaron Grubbs as a police officer because of his extensive arrest history for negotiating worthless negotiable instruments.

12. I believed that Aaron Grubbs' extensive arrest history would impair his credibility and effectiveness when interacting with local merchants and other citizens as a police officer.

13. Aaron Grubbs' arrest history also raises serious questions about his personal integrity and trustworthiness. It is unlikely that a person could accidentally write so many bad checks. Rather, the number of bad checks indicated to me that Aaron Grubbs had intentionally defrauded numerous businesses in order to obtain their merchandise.

14. I have not hired anyone as a police officer who was even remotely similarly situated to Aaron Grubbs.

15. To my knowledge, Captain Tim Marsh, Sergeant Nadine Brown, Officer Terry Henderson, and Officer Keith Bungay have never been arrested, charged with a crime, or convicted of a crime.

16. Officer Dexter Hammond no longer works for the Eufaula Police Department. When I originally hired Officer Hammond in 1994, I heard a rumor about a prior juvenile arrest and asked Captain Bob Bradshaw to investigate it. Captain Bradshaw reported back that he could not find any records to substantiate the allegation. Captain Bradshaw is now deceased.

17. To be clear, when I hired Dexter Hammond, I was not aware that he had ever been arrested, charged with a crime, or convicted of a crime as an adult. To this day, I still do not know that to be true.

18. The rumor that I heard about Officer Hammond was an allegation of a single arrest as a juvenile. It did not involve a series of arrests as an adult, as is the case with Mr. Grubbs.

19. Further, it is my understanding that, under state law, juvenile convictions cannot be considered to disqualify an applicant from civil service.

20. The Eufaula Police Department currently has fifty-two full-time employees. Thirty-four (65%) are White, and eighteen (35%) are African-American.

21. The City of Eufaula is an Equal Opportunity Employer. It has a policy against racial discrimination in employment. A copy of that policy is attached to this Affidavit as Exhibit D.

Dated: March _16th_, 2006.

*Kenneth Walker*
Kenneth Walker

**STATE OF ALABAMA**   )
                       )
**COUNTY OF BARBOUR**  )

Before me, the undersigned Notary Public in and for said state and county, personally appeared Kenneth Walker, who is known to me. Having been duly sworn, Kenneth Walker testified that the foregoing statements are true and correct to the best of his personal knowledge.

This the 6th day of March, 2006.

[SEAL]

*Wanda P. Wadham*
Notary Public
My Commission Expires  04-24-08



DEFENDANT'S EXHIBIT A

```
1WA.10:23 10/14/2004    AL0060101
    ATTENTION: CHIEF WALKER.OPR/HAYWARD
****************** NOTICE   AND   WARNING ******************
*      FOR OFFICIAL CRIMINAL JUSTICE AGENCY USE ONLY       *
************************************************************
NO HITS ACJIS CCH FOR ISLER            JAMES P   M W 121877
SEQ # 0038 MRI # 211846



1WA.10/14/2004 10:23
AL0060101

NO ACJIC PERSON WANTS NAM/ISLER,JAMES P DOB/12181977 SEX/M RAC/W
NO ACJIC PERSON WANTS SOC/419193582
SEQ # 0039 MRI # 211847



1WA.10:25 10/14/2004 211848

AL0060101

NO NCIC WANT SOC/419193582
NO NCIC WANT NAM/ISLER,JAMES P DOB/19771218 RAC/W SEX/M

SEQ # 0040 MRI # 211848



1WA.10/14/2004 10:23 AL0060101
    ATTENTION: CHIEF WALKER.OPR/HAYWARD
****************** NOTICE   AND   WARNING ******************
*      FOR OFFICIAL CRIMINAL JUSTICE AGENCY USE ONLY       *
************************************************************
NO ACJIS CCH RECORD BY THIS SOC/419193582
SEQ # 0041 MRI # 211849
```

11-48-04

```
1WA.10:25 10/14/2004 211850

AL0060101
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/ISLER, JA    P.SEX/M.RAC/W.DOB/19771    .SOC/419193582.
```

SEQ # 0042 MRI # 211850

1WA.KQ.AL0060101.AL.OLN/6101968.PUR/C.ATN/CHIEF WALKER.OPR/HAYWARD

1WA.10/14/04 10:28
KR.ALOLN0000.AL0060101.
TXT
ISLER, JAMES PAUL
240 BROAD STREET                          HEADLAND                    AL 36345
RAC/W. SEX/M. DOB/12181977. HGT/507. WGT/175. HAI/BRO. EYE/GRN.
OLN/6101968. OLT/OPERATOR. EXP/03112005
RSTR/  CORRECTIVE LENSES
NON-COMMERCIAL STATUS/CURRENT. CLASS/D
COMMERCIAL STATUS/UNLICENSED
CITATIONS/ACCIDENTS: (SEE BELOW)
SEQ # 0043 MRI # 212605

1WA.10/14/04 10:28
KR.ALOLN0000.AL0060101.
TXT
***** 3 YEAR DRIVER RECORD:   ISLER, JAMES PAUL   OLN/6101968
FROM: ALABAMA DEPARTMENT OF PUBLIC SAFETY,
      DRIVER LICENSE DIVISION

  CONV DT        OFFENSE/ACCIDENT              COURT

06/06/2003  ACC# = 3040587 COUNTY OF HENRY      CITY OF RURAL

***  THE USE OF THIS DRIVER RECORD IS REGULATED BY LAW AND   ***
***  RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY.           ***
***  ACCIDENT DATA IN NO WAY IMPLIES FAULT OR LIABILITY.     ***
SEQ # 0044 MRI # 212606

```
1WA.10:47 04/26/2004    AL0060101
    ATTENTION: CHIEF WALKER.OPR/PCO COLLINS
***************** NOTICE  AND  WARNING *****************
*      FOR OFFICIAL CRIMINAL JUSTICE AGENCY USE ONLY      *
*********************************************************
ACJIS CRIMINAL HISTORY
       NAME                    RAC SEX   DOB         SID
WATT            WILL R          W   M  02/17/1978   AL01427959
WOOD            WILE D          W   M  02/22/1978   AL01573028
WEED            WILL J          W   M  04/26/1979   AL01455714
WHITE           WILL R          W   M  12/07/1980   AL01548947
WHITE           WILL R          W   M  07/12/1980   AL01548947
WHITE           WILL L          W   M  07/05/1980   AL01563932
NO MORE HITS ACJIS CCH
FOR SUMMARY DO "QH" BY SID
SEQ # 0005 MRI # 041965
```

```
1WA.10:48 04/26/2004  041964

AL0060101
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/WHITE,WILL... HUN... DOB/19780713.
SOC/424255787.PUR/C.
END

SEQ # 0004 MRI # 041964
```

(X) Hired on 11-29-04

```
1WA.10:48 04/26/2004

AL0060101

NO NCIC WANT SOC/424...
NO NCIC WANT NAM/WHITE,WILLIAM HUNTER DOB/19780713 RAC/W SEX/M

SEQ # 0003 MRI # 041963
```

```
1WA.04/26/2004 10:47
AL0060101

NO ACJIC PERSON WANTS NAM/WHITE,WILLIAM HUNTER DOB/07121978 SEX/M RAC/W
NO ACJIC PERSON WANTS SOC/424...
SEQ # 0002 MRI # 041962
```


DEFENDANT'S EXHIBIT B

```
1WA.04/26/2004 10:47
    ATTENTION: CHIEF WALKER.OPR/PCO COLLINS
***************** NOTICE  AND  WARNING *****************
*      FOR OFFICIAL CRIMINAL JUSTICE AGENCY USE ONLY      *
*********************************************************
ACJIS CRIMINAL HISTORY
```

```
09/20/91  11:14
KR.ALDLN0002.AL0060100.
TXT
HUDSON,GAIL
HERITAGE APTS E 2                         EUFAULA                AL 36027
RAC/W. SEX/F. DOB/090248. HGT/504. WGT/110. HAI/BLN. EYE/BLU.
OLN/2510399. OLT/OPERATOR. EXP/031394
RSTR/   CORRECTIVE LENSES
NON-COMMERCIAL STATUS/CURRENT. CLASS/DM
COMMERCIAL STATUS/VALID
CITATIONS/ACCIDENTS: (NONE)

***   THE USE OF THIS DRIVER RECORD IS REGULATED BY LAW AND   ***
***   RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY.           ***
***   ACCIDENT DATA IN NO WAY IMPLIES FAULT OR LIABILITY.     ***
SEQ # 0071  MRI # 063120




09/20/91  11:15
ACJIS CRIMINAL HISTORY
            NAME                    RAC  SEX    DOB        SID
HUSTON        GARY D                 W    M    040146    AL00828355
HOUSTON       GAYL                   W    M    040546    AL01027383
NO MORE HITS ACJIS CCH
FOR SUMMARY DO QH BY SID

SEQ # 0072  MRI # 063295




09/20/91  11:15
AL0060100


NO ACJIC PERSON WANTS NAM/HUSDON,GAIL DOB/090248 SEX/M RAC/W
NO ACJIC PERSON WANTS SOC/417709743
SEQ # 0073  MRI # 063296




09/20/91  11:15
NO ACJIS CCH RECORD BY THIS SOC/417709743

SEQ # 0074  MRI # 063297
```

DEFENDANT'S EXHIBIT C

```
11:16 09/20/91 063305

AL0060100
NO NCIC WANT SOC/417709743
NO NCIC WANT DOB/090248 NAM/HUSDON,GAIL SEX/M RAC/W

SEQ # 0075 MRI # 063305




11:16 09/20/91 063310

AL0060100
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/HUSDON,GAIL.SEX/M.RAC/W.DOB/090248.SOC/417709743.PUR/C.
NOTICE -- THIS DOES NOT PRECLUDE THE POSSIBLE EXISTENCE OF MATCHING
RECORDS IN LOCAL, STATE, OR FBI IDENTIFICATION DIVISION FILES THAT ARE
NOT INDEXED IN THE NCIC III.  IF YOU DESIRE A SEARCH OF THE FBI
IDENTIFICATION DIVISION FILES, A FINGERPRINT CARD SHOULD BE SUBMITTED.
END

SEQ # 0076 MRI # 063310
```

C. To encourage any employee who believes that he or she is a victim of harassment to come forward and voice their complaint to their superiors, the City Clerk or Personnel Officer, so that the City can act to end any harassment.

SECTION 2.   CITY POLICY GOVERNING DISCRIMINATION

It is the policy of the City of Eufaula, and all departments thereof, to provide equal employment opportunity and equal treatment to all employees in all aspects of employment without regard to race, color, religion, sex (including pregnancy), age (40 or over), national origin, or physical or mental disability (of an otherwise qualified individual.)

SECTION 3.   CITY POLICY REGARDING HOSTILE WORKING CONDITIONS
             AND HARASSMENT IN THE WORK PLACE

All types of harassment, including harassment based on sex, gender, race, national origin, age and disability are not tolerated and are strictly prohibited on the part of all employees, supervisors, contractors, volunteers and others by the City of Eufaula.

SECTION 4.   HARASSMENT DEFINED

A. Harassment may be done by unwelcomed words or acts, including the following:

   (1) Course jokes;
   (2) display of unwelcomed pictures or graphics (including on the computer screen;
   (3) unwelcomed touching or hugging;
   (4) heavy cursing;
   (5) questions about one's personal life;
   (6) repeated unwelcomed requests for dates;
   (7) to follow a severe, cutting remark based on race, gender or other categories above with the words, "I'm just joking";
   (8) starting or passing on damaging rumors;
   (9) frequent unnecessary visits to one's workplace;
   (10) repeatedly calling someone by an unwelcomed name or phrase based on one of the categories above;
   (11) requests for sexual favors;
   (12) implied demands of silence in the face of pervasive, frequent, severe and unwelcomed words or actions

B. Hostile environment harassment means severe, frequent and pervasive harassing words or acts, which are unwelcomed. The standard of an unwelcomed action as perceived by the recipient and not the harasser is important, and consent of the target may not be a defense. One response to an unwelcomed word or action may

25

DEFENDANT'S EXHIBIT D