## AFFIDAVIT OF NADINE BROWN

Comes now Nadine Brown and, having been duly sworn, testifies as follows.

1. My name is Nadine Brown. The following statements are based upon my own personal knowledge.

2. I am employed as a Sergeant in the Eufaula Police Department.

3. I was hired by the Eufaula Police Department on April 15, 1991.

4. I am a white female.

5. I have never been charged with a crime, arrested, or convicted of a crime.

6. I once received a traffic ticket for improper passing in Dothan. I paid that ticket.

Dated: March  03  , 2006.

_____
Nadine Brown

1

STATE OF ALABAMA         )
                         )
COUNTY OF BARBOUR        )

Before me, the undersigned Notary Public in and for said state and county, personally appeared Nadine Brown, who is known to me. Having been duly sworn, Nadine Brown testified that the foregoing statements are true and correct to the best of her personal knowledge.

This the 3 day of March, 2006.

[SEAL]

*Alesha Williams*
Notary Public
My Commission Expires 4-27-08

2