## AFFIDAVIT OF TERRY HENDERSON

Comes now Terry Henderson and, having been duly sworn, testifies as follows.

1. My name is Terry Henderson. The following statements are based upon my own personal knowledge.

2. I am employed as a Police Officer in the Eufaula Police Department.

3. I was hired by the Eufaula Police Department on August 6, 1993.

4. I am a white female.

5. I am the only female officer in the department named Terry.

6. I have never been charged with a crime, arrested, or convicted of a crime.

Dated: March 3, 2006.

Terry Henderson

1

STATE OF ALABAMA         )
                         )
COUNTY OF BARBOUR        )

Before me, the undersigned Notary Public in and for said state and county, personally appeared Terry Henderson, who is known to me. Having been duly sworn, Terry Henderson testified that the foregoing statements are true and correct to the best of her personal knowledge.

This the 3 day of March, 2006.

[SEAL]

*Alesha Williams*
Notary Public
My Commission Expires 4-27-08

2