## AFFIDAVIT OF TIM MARSH

Comes now Tim Marsh and, having been duly sworn, testifies as follows.

1. My name is Tim Marsh. The following statements are based upon my own personal knowledge.

2. I am employed as a Captain in the Eufaula Police Department.

3. I was hired by the Eufaula Police Department on February 24, 1987.

4. I am a white male.

5. I have never been charged with a crime, arrested, or convicted of a crime.

Dated: March 2nd, 2006.

_____
Tim Marsh

1

STATE OF ALABAMA )
)
COUNTY OF BARBOUR )

Before me, the undersigned Notary Public in and for said state and county, personally appeared Tim Marsh, who is known to me. Having been duly sworn, Tim Marsh testified that the foregoing statements are true and correct to the best of his personal knowledge.

This the 2nd day of March, 2006.

[SEAL]

*Alesha Williams*
Notary Public
My Commission Expires 4-27-08

2