IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AARON GRUBBS, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NO.: 2:05-CV-604 |
| CITY OF EUFAULA, ALABAMA, | * | |
| DEFENDANT. | * | |

## ANSWER TO REQUEST FOR ADMISSIONS

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

MALCOLM R. NEWMAN
ATTORNEY AT LAW
P.O. Box 6137
Dothan, AL 36302-6137



15. Admit.
16. Admit.
17. Admit.
18. Admit.
19. Admit.
20. Admit.
21. Admit.
22. Admit.
23. Admit.
24. Admit.
25. Admit.
26. Admit.
27. Admit.
28. Admit.
29. Admit.
30. Admit.
31. Admit.
32. Admit.
33. Admit.
34. Admit.
35. Admit.
36. Admit.
37. Admit.

MALCOLM R. NEWMAN
ATTORNEY AT LAW
P.O. Box 6137
Dothan, AL 36302-6137

38. Admit.

39. Admit.

                                                                                    Malcolm R. Newman, Attorney, P.C.

_____           _____
Aaron Grubbs                                                      Malcolm R. Newman (NEW017)
                                                                                    Attorney for Plaintiff
                                                                                    P.O. Box 6137
                                                                                    Dothan, Alabama 36302
                                                                                    (334) 792-2132
                                                                                    ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

James H. Pike, Esq.
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, Alabama 36302

by placing a copy of the same in the United States mail postage prepaid this the

22 day of September, 2005.

                                                                                    _____
                                                                                    Malcolm R. Newman