IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Number 2:05-cv-604 |
| CITY OF EUFAULA, ALABAMA, | ) ) |
| Defendant. | ) ) |

## REQUEST FOR ADMISSIONS

Pursuant to Federal Rule of Civil Procedure 36, defendant City of Eufaula, Alabama, requests the Plaintiff to admit the truth of the following matters.

1. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Barbour County, Alabama, Clayton Division, in Case Number DC-1988-78.

2. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Barbour County, Alabama, Eufaula Division, in Case Number DC-1992-372.

3. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Barbour County, Alabama, Eufaula Division, in Case Number DC-1994-565.

4. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Coffee County, Alabama, Enterprise Division, in Case Number DC-1994-813.

5. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Coffee County, Alabama, Enterprise Division, in Case Number DC-1994-814.

6. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Coffee County, Alabama, Enterprise Division, in Case Number DC-1994-815.

7. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Dale County, Alabama, in Case Number DC-1993-950.

8. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Henry County, Alabama, in Case Number DC-1989-668.

9. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Henry County, Alabama, in Case Number DC-1989-669.

10. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Henry County, Alabama, in Case Number DC-1993-1008.

11. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Henry County, Alabama, in Case Number DC-1993-1009.

12. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Henry County, Alabama, in Case Number DC-1994-553.

13. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1988-2973.

14. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1988-2974.

15. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1988-2975.

16. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-241.

17. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-242.

18. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-243.

19. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-244.

20. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-245.

21. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-246.

22. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-247.

23. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-248.

24. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-249.

25. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-250.

26. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-251.

27. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-252.

28. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1990-253.

29. Prior to October 13, 2004, you were convicted of two counts of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1992-696.

30. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1994-1757.

31. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1994-1758.

32. Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1994-1759.

33.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1994-1760.

34.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1994-1761.

35.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1994-1762.

36.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Houston County, Alabama, in Case Number DC-1997-848.

37.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Pike County, Alabama, in Case Number DC-1988-626.

38.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Pike County, Alabama, in Case Number DC-1988-627.

39.     Prior to October 13, 2004, you were convicted of Negotiating a Worthless Negotiable Instrument in the District Court of Russell County, Alabama, in Case Number DC-1988-789.

_____
James H. Pike  (PIK003)
Attorney for Defendant
City of Eufaula, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, AL  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: **jpike@cobb-shealy.com**

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on September 7, 2005, I mailed a copy of the foregoing document, postage prepaid and properly addressed, to:

Malcolm R. Newman
P.O. Box 6137
Dothan, AL  36302-6137

_____
James H. Pike

7