IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-604-WKW |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #17) filed on March 23, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on May 5, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before April 28, 2006. The defendant may file a reply brief on or before May 5, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 7th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE