IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO.: 2:05-CV-604-WKW |
| CITY OF EUFAULA, ALABAMA | * |
| DEFENDANTS. | * |

### REPORT OF SETTLEMENT CONFERENCE

Comes now Counsel for Plaintiff, Aaron Grubbs, and pursuant to the Order of September 8, 2005 (Doc. 11) informs the Court that the parties conducted a face-to-face Settlement Conference on April 11, 2006, and did not reach a settlement. It was mutually agreed that Mediation would not be helpful at this time.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following participants:

James H. Pike, Esq.
P.O. Box 6346
Dothan, Alabama 36302

/s/ Malcolm R. Newman
Malcolm R. Newman, Esq.