IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-00604-WKW |
| | ) |
| CITY OF EUFAULA, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's unopposed Motion for Extension of Time to File Response (Doc. # 21), it is ORDERED that the motion is GRANTED. Plaintiff shall respond to Defendant's Motion for Summary Judgment **on or before May 8, 2006**. Defendant may file a reply brief **on or before May 15, 2006**.

DONE this the 28th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE