IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO.: 2:05-CV-604-WKW |
| CITY OF EUFAULA, ALABAMA | * |
| DEFENDANTS. | * |

STATE OF ALABAMA          )          AFFIDAVIT
BARBOUR COUNTY          )

**Knows all persons by these presents** that my name is Charles Beasley and I am over 21 years old. I am a resident of Barbour County, Alabama. I make the following statement based upon my personal knowledge and observations, to-wit:

On or about October 1989, when I was a deputy for the Barbour County Sheriff Department, I responded to a domestic call between Nadine Brown and Donnie Brown. When I arrived Mr. Brown was not home but Mrs. Brown appeared very upset. She stated that Mr. Brown allegedly hit her on the hand with his night stick. She then stated she had shot at Mr. Brown's car. Donnie was employed with the City of Clayton as a policeman. Nadine Brown was employed with the Eufaula Police Department as an investigator. I, Charles Beasley swear that this is a true statement.

Further Affidavit sayeth not.

_____
Charles Beasley


PLAINTIFF'S EXHIBIT A

_____
Notary Public

My Comm. Expires: 11/18/07

2