IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | * |
| PLAINTIFF, | * |
| VS. | *  CASE NO.: 2:05-CV-604-WKW |
| CITY OF EUFAULA, ALABAMA | * |
| DEFENDANTS. | * |

STATE OF ALABAMA        )       AFFIDAVIT
BARBOUR COUNTY        )

**Knows all persons by these presents** that my name is Chauncey D. Wood, III and I am over 21 years old. I am a resident of Barbour County, Alabama. I make the following statement based upon my personal knowledge and observations, to-wit:

Sometime during the early 1970's, I can not recall the exact year, Tim Marsh was arrested by Barbour County Deputies Robert Smith, Charles Horton, Jerry Reed, and Terry Gilmore for Assault and Battery 1st, on his wife at the time, Nancy Williams Marsh, who also the same time was pregnant with two twin girls, Starla and Stephanie. I was the jailer/dispatcher on duty at the jail in Clayton. A prisoner card was filled out, pictures were taken, and Charles Horton handled the investigation. The Sheriff was Charles E. Gilmore and David Nix the Court Clerk. I do not know the disposition of Marsh's case, but I am sure Nix can recall it.

Further Affidavit sayeth not.



PLAINTIFF'S EXHIBIT B

_____
Chauncey D. Wood, III

_____
Notary Public

Comm. Exp.: 11/19/09