IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:05-cv-604-WKW |
| | ) |
| THE CITY OF EUFAULA, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S WITNESS LIST**

Defendant the City of Eufaula, Alabama, identifies the following witnesses who may be called to testify at trial.

I. <u>Witnesses Expected To Be Presented</u>:

1. Chief Kenneth Walker, Eufaula Police Department, 545 East Barbour Street, Eufaula, Alabama 36072-0219, (334) 687-1200.

2. Lt. Lee Hamm, Eufaula Police Department, 545 East Barbour Street, Eufaula, Alabama 36072-0219, (334) 687-1200.

3. Chief Alan Benefield, Alabama Peace Officers Standards & Training Commission, 100 North Union Street, Suite 600, Montgomery, Alabama 36130, (334) 242-4045.

II. <u>Witnesses Who May Be Called If the Need Arises</u>:

1. Captain Tim Marsh, Eufaula Police Department, 545 East Barbour Street, Eufaula, Alabama 36072-0219, (334) 687-1200.

2. Officer Keith Bungay, Eufaula Police Department, 545 East Barbour Street, Eufaula, Alabama 36072-0219, (334) 687-1200.

1

3. Sgt. Nadine Brown, Eufaula Police Department, 545 East Barbour Street, Eufaula, Alabama 36072-0219, (334) 687-1200.

4. Officer Terry Henderson, Eufaula Police Department, 545 East Barbour Street, Eufaula, Alabama 36072-0219, (334) 687-1200.

5. Kelly Trawick, City of Eufaula, 205 East Barbour Street, Eufaula, Alabama 36072, (334) 688-2000.

6. Mo Erkins, 200 Erkins Way, Eufaula, Alabama 36027, (334) 687-2863.

/s/ James H. Pike
James H. Pike (PIK003)
Attorney for Defendant
The City of Eufaula, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, AL  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: **jpike@cobb-shealy.com**

**CERTIFICATE OF SERVICE**

  I, James H. Pike, certify that on June 28, 2006, I electronically served a copy of the foregoing document on:

Malcolm R. Newman
P.O. Box 6137
Dothan, AL  36302-6137

            **/s/ James H. Pike**
            James H. Pike