**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **AARON GRUBBS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case Number 2:05-cv-604-WKW** |
| ) | |
| **THE CITY OF EUFAULA, ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**DEFENDANT'S EXHIBIT LIST**</u>

Defendant the City of Eufaula, Alabama, identifies the following exhibits.

I.   <u>Exhibits Expected To Be Offered</u>:

1. Aaron Grubbs' Application for Employment with the City of Eufaula.

2. Criminal complaints, arrest warrants, and bad checks related to Aaron Grubbs.

3. Request for Admissions to Aaron Grubbs.

4. Aaron Grubbs' Answers to Request for Admissions.

5. Aaron Grubbs' EEOC charge against the City of Eufaula.

6. EEOC dismissal of Aaron Grubbs' EEOC charge against the City of Eufaula.

7. List of lawsuits filed by Aaron Grubbs.

8. Criminal history report on James P. Isler.

9. Criminal history report on William Hunter White.

10. Criminal history report on Gail Hudson.

11. Personnel Rules and Regulations of the City of Eufaula.

12. Aaron Grubbs' 2003 police academy application.

13. Aaron Grubbs' 2004 police academy application.

14. Alabama Peace Officers Standards & Training Commission regulations.

15. Code of Alabama § 13A-9-13.1 (1975) ("NWNI").

16. Code of Alabama § 13A-10-103 (1975) (Perjury Third Degree).

17. Code of Alabama § 13A-10-102 (1975) (Perjury Second Degree).

18. Code of Alabama § 36-21-46 (1975) (APOST Minimum Standards).


II.    <u>Exhibits That May Be Offered, If Needed</u>:

19. Interrogatories to Aaron Grubbs.

20. Aaron Grubbs' Answers to Interrogatories.

21. Criminal history report on Aaron Grubbs.

22. Aaron Grubbs' letter.

23. Psychiatric evaluation report to APOST.

24. Letter from Chris Turner to Jack Frost.

25. Aaron Grubbs' EEOC charge against the Town of Louisville.

26. EEOC dismissal of Town of Louisville EEOC charge.

27. Motion to dismiss Louisville lawsuit.

28. Final judgment for Louisville lawsuit.

29. Copies of Jack Frost records.

30. Aaron Grubbs' Baker Hill application.

31. Aaron Grubbs' Baker Hill complaint.

32. Eugene Hamric letter.

33. Aaron Grubbs' Barbour County Schools application.

34.  Aaron Grubbs' City of Brundidge application.

35.  Aaron Grubbs' Town of Louisville application.

36.  Aaron Grubbs' Clio application.

37.  Record of conviction dated January 12, 1998.

All exhibits are pre-marked and available for inspection and copying at the offices of Cobb, Shealy, Crum & Derrick, P.A., 206 North Lena Street, Dothan, Alabama 36303.   Copies all exhibits are being mailed to plaintiff's counsel on the date of this filing.


**/s/ James H. Pike**
James H. Pike (PIK003)
Attorney for Defendant
The City of Eufaula, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, AL  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: **jpike@cobb-shealy.com**

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on June 28, 2006, I electronically served a

copy of the foregoing document on:

Malcolm R. Newman
P.O. Box 6137
Dothan, AL  36302-6137


**/s/ James H. Pike**
James H. Pike