IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-00604-WKW |
| ) | |
| CITY OF EUFAULA, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

      It is ORDERED that the Final Pretrial Conference in this matter set for August 3, 2006, is CANCELLED.

      DONE this the 31st day of July, 2006.

                                      /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE