# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **AARON GRUBBS,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| **VS.** | * **CASE NO.: 2:05-CV-604-WKW** |
| | * |
| **CITY OF EUFAULA,** | * |
| **ALABAMA** | * |
| | * |
| **DEFENDANTS.** | * |

## NOTICE OF TRIAL CONFLICT

Comes now Counsel for the Plaintiff, Aaron Grubbs, and hereby gives Notice that Counsel has a trial conflict for the current trial date of September 18, 2006. Counsel is committed to defending in the case of <u>United States of America vs. Dawkins</u>, 2:06cr – MEF which was continued by the Court from September 11th to the 18th.

>Malcolm R. Newman, Attorney, PC
>/s/ Malcolm R. Newman
>Malcolm R. Newman (NEW017)
>P.O. Box 6137
>Dothan, Alabama 36302
>(334)792-2132
>ASB-2826-M39M

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James H. Pike
206 North Lena Street
P.O. Box 6346
Dothan, Alabama 36302-6346

                                      /s/Malcolm R. Newman
                                      Malcolm R. Newman