IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AARON GRUBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-604-WKW |
| | ) | |
| CITY OF EUFAULA, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby dismissed with prejudice.  Unless otherwise ordered by the Court on the application of the Defendant pursuant to Rule 54, Fed. R. Civ. P., each party is to bear his or its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 29th day of August, 2006.


    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE