## AFFIDAVIT OF JAMES H. PIKE

James H. Pike, having been duly sworn, states as follows.

1. My name is James H. Pike. I am the attorney of record for the City of Eufaula in the case of <u>Aaron Grubbs v. City of Eufaula, Alabama</u>, case number 2:05-cv-604-WKW. The following statements are based upon my personal knowledge.

2. I have been licensed to practice law in the State of Alabama since September 29, 2005. I have actively and continuously practiced law in Alabama since I became licensed.

3. I am admitted to practice before the United States District Courts for the Middle, Southern, and Northern Districts of Alabama and the United States Court of Appeals for the Eleventh Circuit.

4. In 2005, my hourly rate with the City of Eufaula's insurer was $145.00. In 2006, my hourly rate increased to $155.00. These rates are reasonable for the defense of civil rights lawsuits in this area.

5. The hours and expenses for which compensation is sought are itemized on Exhibit 1. All of these hours and expenses were actually incurred and reasonably necessary for the defense of this lawsuit.

6. The total amount claimed is $12,310.95.

Dated: August 30, 2006.

_____
James H. Pike

1

**STATE OF ALABAMA** )
)
**COUNTY OF HOUSTON** )

Before me, the undersigned notary public in and for said state and county, personally appeared James H. Pike, who is known to me. Having been duly sworn, James H. Pike testified that the foregoing statements are true and correct to the best of his personal knowledge.

Dated: August 30, 2006.

[SEAL]

_____
Notary Public

My Commission Expires: 7/1/09

2