# EXHIBIT 1

### TOTAL ATTORNEY'S FEES AND LITIGATION EXPENSES

Attorney's Fees ........................................................................... $12,213.50
Litigation Expenses ..................................................................... $97.45
Total ............................................................................................ $12,310.95

### ATTORNEY'S FEES

| DATE | ACTIVITY | TIME |
|---|---|---|
| 07/13/2005 | Research regarding viability of claim under 42 U.S.C. § 1981. | 1.2 |
| 07/13/2005 | Research and prepare motion to strike plaintiff's punitive damages claim. | 1.0 |
| 07/18/2005 | Receipt and review of letter from AMIC Claims Manager Danny Ransom assigning defense of lawsuit. | 0.3 |
| 07/18/2005 | Letter to AMIC adjuster Gloria Black acknowledging receipt of case assignment. | 0.3 |
| 07/18/2005 | Telephone conference with Eufaula Personnel Manager Mo Erkins regarding assignment to defend lawsuit. | 0.3 |
| 07/18/2005 | Telephone conference with Eufaula Police Chief Kenneth Walker's office regarding assignment to defend lawsuit. | 0.2 |
| 07/19/2005 | Telephone conference with Eufaula Police Chief Kenneth Walker regarding case assignment and allegations of the complaint. | 0.3 |
| 07/19/2005 | Prepare and file answer to complaint. | 2.0 |
| 07/19/2005 | Letter to Equal Employment Opportunity Commission requesting copy of its file under the Freedom of Information Act. | 0.4 |
| 07/19/2005 | Prepare Phase I report and proposed budget for AMIC adjuster Gloria Black. | 1.2 |
| 07/19/2005 | Memorandum to file regarding interview of Personnel Manager Mo Erkins. | 0.5 |
| 07/19/2005 | Memorandum to file regarding interview of Chief Kenneth Walker. | 0.4 |
| 07/19/2005 | Letter to Chief Kenneth Walker enclosing copies of the answer and motion to strike. | 0.3 |
| 07/20/2005 | Receipt and review of order from Judge McPherson regarding motion to strike. | 0.1 |
| 08/01/2005 | Receipt and review of letter from EEOC representative | 0.1 |

1

|            | Charles Gurrier denying FOIA request. |      |
|------------|---------------------------------------|------|
| 08/01/2005 | Letter to EEOC representative Charles Gurrier enclosing copy of plaintiff's complaint and requesting reconsideration of denial. | 0.3 |
| 08/02/2005 | Receipt and review of order granting motion to strike plaintiff's punitive damages clam. | 0.1 |
| 08/02/2005 | Letter to AMIC adjuster Gloria Black regarding order striking punitive damages claims. | 0.3 |
| 08/11/2005 | Receipt and review of Court's Rule 26(f) order. | 0.1 |
| 08/29/2005 | Receipt and review of EEOC's response to FOIA request. | 0.2 |
| 09/05/2005 | Prepare proposed joint Rule 26(f) report. | 1.0 |
| 09/05/2005 | Letter to plaintiff's attorney Malcolm Newman regarding proposed joint Rule 26(f) report. | 0.2 |
| 09/06/2005 | Telephone conference with plaintiff's attorney Malcolm Newman regarding proposed Rule 26(f) report. | 0.1 |
| 09/06/2005 | Receipt and review of letter from plaintiff's attorney Malcolm Newman regarding Rule 26(f) report. | 0.1 |
| 09/07/2005 | Letter to Malcolm Newman regarding deposition of plaintiff Aaron Grubbs. | 0.2 |
| 09/07/2005 | Prepare requests for admissions to plaintiff Aaron Grubbs regarding criminal convictions. | 1.2 |
| 09/14/2005 | Prepare defendant's Rule 26(a)(1) initial disclosures. | 1.0 |
| 09/23/2005 | Receipt and review plaintiff's answers to requests for admissions. | 0.1 |
| 10/08/2005 | Receipt of review of uniform scheduling order. | 0.2 |
| 10/25/2005 | Letter to plaintiff's attorney Malcolm Newman regarding deposition of plaintiff Aaron Grubbs. | 0.2 |
| 11/01/2005 | Receipt and review of letter from Malcolm Newman regarding deposition dates. | 0.1 |
| 11/04/2005 | Prepare notice of taking deposition of Aaron Grubbs. | 0.4 |
| 11/04/2005 | Letter to Malcolm Newman giving notice of intent to use plaintiff's criminal convictions at trial. | 0.4 |
| 11/21/2005 | Prepare for deposition of Aaron Grubbs. | 2.7 |
| 11/21/2005 | Take deposition of Aaron Grubbs. | 1.1 |
| 11/21/2005 | Prepare motion for leave to amend answer and amended answer to complaint. | 0.7 |
| 11/22/2005 | Letter to AMIC adjuster Gloria Black regarding deposition of Aaron Grubbs. | 0.5 |
| 11/23/2005 | Receipt and review of order granting motion to amend answer. | 0.1 |
| 12/21/2005 | Letter to City of Eufaula's auditors regarding pending litigation. | 0.3 |
| **Attorney Hours in 2005** | | **20.2** |
| 01/03/2006 | Receipt and review of transcript of Aaron Grubbs' | 0.5 |

| | | |
|---|---|---|
| | deposition. | |
| 01/18/2006 | Receipt and review of notice reassigning case. | 0.1 |
| 01/24/2006 | Telephone conference with Chief Kenneth Walker regarding interviews of police officers. | 0.2 |
| 01/24/2006 | Letter to Chief Kenneth Walker regarding upcoming meeting with officers. | 0.3 |
| 01/30/2006 | Prepare for meeting with Eufaula police officers and Chief Kenneth Walker. | 0.5 |
| 01/30/2006 | Travel to Eufaula. | 1.0 |
| 01/30/2006 | Meet with Chief Kenneth Walker, Captain Tim Marsh, Sgt. Nadine Brown, Officer Keith Bungay, and Officer Terry Henderson. | 2.0 |
| 01/30/2006 | Return to Dothan. | 1.0 |
| 01/30/2006 | Prepare affidavit of Chief Kenneth Walker. | 0.8 |
| 01/30/2006 | Prepare affidavit of Captain Tim Marsh. | 0.5 |
| 01/30/2006 | Prepare affidavit of Sgt. Nadine Brown. | 0.5 |
| 01/30/2006 | Prepare affidavit of Officer Keith Bungay. | 0.5 |
| 01/30/2006 | Prepare affidavit of Officer Terry Henderson. | 0.5 |
| 01/30/2006 | Research effect of juvenile court adjudication on application to become police officer. | 1.0 |
| 01/31/2006 | Receipt and review of order continuing jury trial and setting new trial date. | 0.1 |
| 02/01/2006 | Meeting with Chief Kenneth Walker and Captain Tim Marsh regarding affidavits. | 0.8 |
| 02/02/2006 | Begin work on memorandum in support of motion for summary judgment. | 4.8 |
| 02/13/2006 | Letter to Chief Kenneth Walker regarding additional information needed for affidavits. | 0.4 |
| 02/22/2006 | Telephone conference with Captain Tim Marsh regarding request for additional information. | 0.3 |
| 02/23/2006 | Receipt and review of letter from Chief Kenneth Walker regarding criminal histories and employment dates of Eufaula police officers. | 0.3 |
| 02/24/2006 | Revise affidavits in support of summary judgment motion. | 1.4 |
| 02/28/2006 | Telephone conference with Chief Kenneth Walker regarding revisions to affidavits to include additional information. | 0.2 |
| 02/28/2006 | Letter to Chief Kenneth Walker regarding affidavits. | 0.3 |
| 02/28/2006 | Receipt and review of requests for production of documents from plaintiff's attorney Malcolm Newman. | 0.3 |
| 02/28/2006 | Letter to Chief Kenneth Walker forwarding plaintiff's requests for production of documents. | 0.3 |
| 02/28/2006 | Letter to AMIC adjuster Gloria Black regarding plaintiff's requests for production of documents. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 03/01/2006 | Telephone conference with Captain Tim Marsh regarding plaintiff's document requests. | 0.1 |
| 03/01/2006 | Memorandum to file regarding conversation with Captain Marsh and production of records requested by plaintiff. | 0.3 |
| 03/01/2006 | Receipt and review of City of Eufaula's personnel rules and regulations. | 0.3 |
| 03/07/2006 | Receipt and review of original executed affidavits of Chief Kenneth Walker, Captain Tim Marsh, Sgt. Nadine Brown, Officer Keith Bungay, and Officer Terry Henderson. | 0.2 |
| 03/21/2006 | Prepare written response to plaintiff's requests for production of documents. | 0.7 |
| 03/22/2006 | Final work on motion for summary judgment, supporting memorandum, and presentation of exhibits. | 8.0 |
| 03/31/2006 | Telephone conference with Eufaula Police Chief Kenneth Walker obtaining permission to waive attorney's fees and expenses if plaintiff will agree to dismiss lawsuit. | 0.2 |
| 03/31/2006 | Telephone conference with AMIC adjuster Gloria Black obtaining permission to waive attorney's fees and expenses if plaintiff will agree to dismiss lawsuit. | 0.2 |
| 04/04/2006 | Letter to plaintiff's attorney Malcolm Newman regarding face-to-face settlement conference. | 0.2 |
| 04/06/2006 | Telephone conference with Malcolm Newman regarding document inspection and face-to-face settlement conference. | 0.1 |
| 04/06/2006 | Telephone conference with new Eufaula Personnel Manager Kelly Trawick to discuss document production. | 0.3 |
| 04/10/2006 | Travel to Eufaula. | 1.0 |
| 04/10/2006 | Meet with Eufaula Personnel Manager Kelly Trawick and Police Chief Kenneth Walker; attend document production with attorney Malcolm Newman and plaintiff Aaron Grubbs. | 2.2 |
| 04/10/2006 | Return to Dothan. | 1.0 |
| 04/11/2006 | Face-to-face settlement conference with attorney Malcolm Newman; conveyed offer to waive attorney's fees and costs if plaintiff would dismiss lawsuit; no settlement offer or response from plaintiff. | 0.3 |
| 04/11/2006 | Receipt and review of briefing order on motion for summary judgment. | 0.1 |
| 04/11/2006 | Letter to AMIC adjuster Gloria Black regarding briefing schedule for summary judgment motion. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 04/19/2006 | Letter to Gloria Black regarding notice concerning settlement conference. | 0.3 |
| 04/27/2006 | Telephone conference with representative from Malcolm Newman's office regarding request for extension of time to file summary judgment response; agreed to extension. | 0.1 |
| 05/05/2006 | Receipt and review of plaintiff's motion for extension of time to file summary judgment response. | 0.1 |
| 05/05/2006 | Receipt and review of order granting plaintiff's motion for extension of time. | 0.1 |
| 05/05/2006 | Letter to AMIC adjuster Gloria Black regarding plaintiff's extension of time to file summary judgment response. | 0.3 |
| 05/09/2006 | Receipt and review of plaintiff's summary judgment response. | 1.0 |
| 05/09/2006 | Work on reply to plaintiff's summary judgment response. | 2.0 |
| 05/09/2006 | Telephone conference with Captain Tim Marsh regarding plaintiff's summary judgment response. | 0.3 |
| 05/10/2006 | Continued work on reply to plaintiff's summary judgment response. | 2.9 |
| 05/10/2006 | Prepare objection and motion to strike portions of plaintiff's summary judgment response. | 2.2 |
| 05/15/2006 | Final work on reply to plaintiff's summary judgment response. | 3.1 |
| 05/16/2006 | Letter to AMIC adjuster Gloria Black regarding reply to plaintiff's summary judgment response. | 0.3 |
| 06/09/2006 | Receipt and review of order rescheduling pretrial conference. | 0.1 |
| 06/19/2006 | Letter to AMIC adjuster Gloria Black regarding new date for pretrial conference. | 0.3 |
| 06/26/2006 | Begin work on witness and exhibit lists. | 1.5 |
| 06/27/2006 | Identify and organize trial exhibits. | 3.2 |
| 06/27/2006 | Telephone conference with Eufaula Personnel Manager Kelly Trawick regarding current contact information for retired Personnel Manger Mo Erkins. | 0.2 |
| 07/21/2006 | Receipt and review order setting pretrial hearing. | 0.1 |
| 07/21/2006 | Begin work on proposed pretrial order. | 1.5 |
| 07/21/2006 | Letter to AMIC adjuster Gloria Black regarding order setting pretrial hearing. | 0.3 |
| 07/25/2006 | Final work on proposed pretrial order. | 1.0 |
| 07/25/2006 | Letter to plaintiff's attorney Malcolm Newman regarding proposed pretrial order. | 0.3 |
| 08/01/2006 | Receipt and review order cancelling pretrial conference. | 0.1 |

| | | |
|---|---|---|
| 08/29/2006 | Begin work on motions in limine. | 3.8 |
| 08/29/2006 | Receipt and review memorandum opinion and order granting motion for summary judgment. | 0.4 |
| **Attorney Hours in 2006** | | **59.9** |

### YEARLY BREAKDOWN OF ATTORNEY'S FEES

2005 Attorney's Fees (20.2 hours at $145.00 per hour) ................. $2,929.00
2006 Attorney's Fees (59.9 hours at $155.00 per hour) ................. $9,284.50
Total Attorney's Fees ............................................................ $12,213.50

### LITIGATION EXPENSES

| | | |
|---|---|---|
| 09/30/2005 | 14 photocopies at $0.10 per copy | $1.40 |
| 11/30/2005 | 72 photocopies at $0.10 per copy | $7.20 |
| 01/30/2006 | Round trip mileage to Eufaula for client meeting at $0.36 per mile | $36.00 |
| 04/10/2006 | Round trip mile to Eufaula for document production at $0.36 per mile | $36.00 |
| 05/31/2006 | 74 photocopies at $0.10 per copy | $7.40 |
| 06/28/2006 | Certified mail fee to send defendant's trial exhibits to plaintiff's counsel | $9.45 |
| **Total Litigation Expenses** | | **$97.45** |

6