IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AARON GRUBBS,                              )
                                           )
    Plaintiff,                             )
                                           )
v.                                         )         CASE NO. 2:05-cv-00604-WKW
                                           )
CITY OF EUFAULA, ALABAMA,                  )
                                           )
    Defendant.                             )

## **ORDER**

Upon consideration of the defendant's Motion to Award Attorney's Fees and Expenses (Doc. # 34), it is ORDERED that the plaintiff shall show cause **on or before December 29, 2006,** why this motion should not be granted.

DONE this 8th day of December, 2006.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE