IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON GRUBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-00604-WKW |
| ) | |
| CITY OF EUFAULA, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant's Motion to Withdraw the Motion to Award Attorney's Fees and Expenses, it is ORDERED that the motion (Doc. # 37) is GRANTED.

DONE this 12th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE